U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUL 27 P 3: 05

CLERK OF COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RYAN D. MAYR,
        Complainant.

vs.

Josh Kaul, Wisconsin Attorney General,
Todd Blanche, Acting United States Attorney General,
        Defendants

26-C-1306

Potential Defendants, non-exhaustive:
[Jeff Hebl, Robert Baldwin, Nathan Haberman, Jeff Froelich, Fond du Lac County Sheriff's Office and officers, Bryce Laluzerne, other specific officers in North Fond du Lac, Specific Correctional Officers within the Fond du Lac jail, Jail policy/admin, Eric Toney, Waupun Police Department, others calling themselves law enforcement while refusing to enforce the laws, et al.]

## Introduction

I, Ryan Mayr, completed 3 years of undergraduate study at UW-Madison intending for Biomedical Engineering and Biochemistry with completed, applicable courses in Analytical Chemistry, Protein & Enzyme Structure and Function, and Drug Discovery and Development. As I testified in Calumet County in 2014, I am an expert qualified by knowledge, skill, experience, training, and education and may testify in the form of an opinion or otherwise, supported by Federal Rule 702. Testimony by Expert Witnesses, as I've demonstrated. In that moment and since then, many have sought to prevent my testimony by rendering me incapacitated and restricting essential medications. Despite, I have continued my education, life goals, and pursuit of happiness related to this work for my personal health and others.

I rely on hemp tetrahydrocannabinol products to function in everyday life, and maintain competency, in the eyes of the justice system and forensic evaluators, specifically:

delta-9 tetrahydrocannabiphorol, a hemp cannabinoid more effective than delta-9 tetrahydrocannabinol due to protein binding characteristics and metabolism,
delta-9 tetrahydrocannabinolic acid, a hemp acid and non-active cannabinoid,
delta-9 tetrahydrocannabivarin, a cannabinoid antagonist with modulatory activity,
and delta-9 tetrahydrocannabinol itself in the limited quantities within these lawful products.

Minority quantities of cannabigerol and cannabidiol are also present in one of the two medical hemp products found to be essential and helpful for my functioning at work, home, and education. These molecules have effective actions similar to other mental health medications in the market, with cannabigerol being a potent agonist of the α2-adrenergic receptor, similar to

1 Ryan Mayr

medications used for high blood pressure, and adhd; cannabidiol is a serotonin, 5ht1a receptor partial agonist and shares this action, correlated with antipsychotic and antidepressant effects, with medications indicated for those.

The proposed redefinitions of hemp through the years have threatened my ability to maintain my competency and lawful functioning. Specifically, the best hemp product on the market I primarily use is One Hit Wonder Pure THC-P 3 gram disposable vapes, which are specifically formulated with a combination of agonist and antagonistic hemp tetrahydrocannabinols as well as minority cannabinoids in a wonderfully balanced combination. I also use generic tetrahydrocannabinolic acid isolate of greater than 99% purity with non-detectable amounts of delta-9 tetrahydrocannabinol in their products.

Approximately 150 to 300mg of lawful tetrahydrocannabinols are consumed by myself, and many other citizens in varying amounts, per day.

**Background**

This background has been edited as recently submitted in workplace discrimination case based on disability and lawful product use, ERD Case No. CR202402141, and EEOC Case No. 26G202401355.

This case is being filed primarily to be able to maintain my competency by ensuring access to the essentials I need, perhaps finding counsel/representation to assist, and finding remedies and corrective actions for violations of law by actors performed under the color of law. I will continue to work on this complaint. Many specifics are not yet included pertaining to police conduct, as I am unable to timely fulfill the extensive details without assistance, as well as needing to consult appropriate legal counsel.

I, Ryan, may need to supplement the complaint here. Specific citations and documents may be able to be organized and found relatively soon, given the ability to do so. Unironically, ADHD, and other mental health disorders do limit my abilities, despite treatment. These have been exasperated by injuries by nefarious actors of the State, including traumatic brain injury from my latest incarceration from officers in the middle of the evening requiring hospitalization. Some documents may not be completely retrievable, such as a specific Certificate of Analysis for a lawful product I was using that was within a backpack that mysteriously went missing from police custody after one of the arrests.

There are many legal demands for my attention. This includes finding appropriate counsel and representation for my criminal and civil case, while drafting these motions to maintain my competency and ability to function by facilitating an injunction against any redefinition of hemp to provide the market stability essential to producing the traditionally safe/effective products as they've been for more than 7 years, as I've yet unable to find a lawyer willing and able despite numerous commitments from past attorneys. Court-appointed attorneys

2 Ryan Mayr

have been pitifully uneducated and neglectful by refusing to preserve evidence and issue subpoenas, while criminal courts have disregarded and ignored my own motions and affidavits.

Finding legal counsel is difficult in part, due to lack of funds influenced in part from criminal acts from State actors under the color of law and discrimination against lawful hemp tetrahydrocannabinols and other medications essential to my functioning and ability to aid in my defense.

I have reached out to many attorneys seeking representation and counsel, and many have given feedback that my caseload is too great and/or they don't have the expertise required.

Disability discrimination is based on the actions/policy of prohibiting lawful use of a commonly known medically useful commodity, hemp, despite my clear and repeated communication with proper reasoning and references.

Discrimination against disabilities is common. Medical privacy concerning specific conditions and information is imperative, and a right. It is common knowledge cannabis, hemp, and tetrahydrocannabinols are commonly used for their medical value throughout the world.

I suffer from mental health disorders that, at times, make it difficult to comprehend basic concepts, communicate, remember, apply context, and other functions necessary to live and work. I have done extensive research and been subject to trials of traditional, prescribed medications, as well as investigational drugs found safe and effective. My current medications of thcp, hemp thca, viibryd, etc. are the best care for my personal conditions, as most other medications are ineffective and have debilitating side effects.

Many aspects of my life work together as part of my care plan. Weekly sprint car racing, in the excitement and goal-orientated behavior it provides, was essential to my well-being, interrupted by Jeff Hebl's actions and not restored. Appropriations and preparations for the 2027 season are appropriate as an immediate remedy in the interest of my recovery to full functioning, including the medications provided and court-ordered from 2014 onward.

As of February 2024, 47 states, DC, and Guam, Puerto Rico, and the U.S. Virgin Islands allow for the use of marijuana cannabis for medical purposes, according to the Center for Disease Control. Hemp tetrahydrocannabinols are federally lawful and uncontrolled, unrestricted and intended for human consumption by definition as an agricultural commodity such as grapes, or flowers. Hemp tetrahydrocannabinol products are superior in selection and effectiveness to any traditional out-of-the-state-of-Wisconsin marijuana products.

Wisconsin statute is based on the explicit intention that hemp is "useful to relieve maladies." 2019 Wisconsin Act 68 amended WI 97.02 Standards; adulterated food. "…may not consider a food to be adulterated solely because it contains hemp, … or a hemp product." The FDA has

3 Ryan Mayr

accepted tetrahydrocannabinols in foods throughout the country for many years, acknowledging through warnings about truth in appropriate labeling.

Many States that do specify conditions qualifying for medical marijuana list Autism Spectrum Disorder, as well as other conditions such as ADHD, anxiety, sleep issues, depression, bipolar, and debilitating psychiatric disorders I have been diagnosed with and treated for by prescription medication.

In 2014, Wisconsin passed "Lydia's Law", to allow CBD oil to treat specific medical conditions. CBD oil reliably tests false-positive for mairjuana in the drug screens and field tests such as what was used in this case.

In 2017, Wisconsin Act 100 was enacted, defining hemp with the delta-9 tetrahydrocannabinol within, and established a production plan under DATCP.

Following the 2018 Agricultural Improvement Act federally legalizing hemp cannabis, and much "fresh marijuana" under the same definition, 2019 Wisconsin Act 68 made the lawfulness of hemp clear to the fullest extent under federal law, clarifying no doctor certification is necessary to use or possess, and removed tetrahydrocannabinol precursors and metabolites from the definition of "restricted controlled substances" for purposes for operating a vehicle. The delta-9 tetrahydrocannabinol within hemp is specifically an uncontrolled substance, and other hemp tetrahydrocannabinols are unrestricted and uncontrolled.

2019 Wisconsin Act 68 endorses hemp as a medicine, and addresses various hemp-related activities in Wisconsin, including providing that certain licenses issued by the Pharmacy Examining Board are not required for a person to: engage in the manufacturing of hemp; sell, give away, or barter hemp; or take any of the actions constituting the practice of pharmacy in relation to hemp.

This document is, in essence, the motion that was committed to being filed with rights in-tact involved in the criminal case by Kirk Obear JD in Calumet 19cf186 for years while he delayed until I was rendered incompetent by unlawful actions of State actors, unable to aid in my defense, by the arrest in 23cf600 a week prior to another scheduled trial date. Attached are emails committing to such motions by Kirk Obear:



**Kirk Obear** <kobear@birdsall-law.com>                                       Thu, Apr 2, 2020, 11:37 AM   ☆  ☺  ↩  ⋮
to Jennie, me ▾

Hi Ryan:
You will not be appearing for the pretrial conference on Monday, so do not worry about that. I will be appearing by phone. For these types of hearings (just with the DA), they are suspending the normal rule that a defendant needs to appear. This is due to the fact that they are not letting anyone into the actual courthouse.
Also, thank you very much for your notes that you sent. They are very helpful. I am working on a motion to suppress, and I am sure it will take a little while because of the legal research involved. BTW, I love doing in depth research. It is actually quite fun. I will share my research with you, including case law and briefs that write.
In the meantime, I hope you are doing well and staying healthy. I will let you know what future court dates are established and we can touch base soon.
Take care,
Kirk

⋯

4 Ryan Mayr

 **Kirk Obear** <kirk@birdsallobear.com>       Thu, May 27, 2021, 10:29AM   ☆   ☺   ↩   ⋮
to me ▾

Ryan:

The hearing tomorrow is being taken off the court calendar, so you will not need to appear.

I had a discussion this morning w/ the DA and the judge's assistant about the supreme court case you and I were discussing. They wanted to adjourn the hearing set for tomorrow and set the case for trial and then give us more time before then to file the motion.

So that is what will happen and I will be getting further dates, and I will send those to you.

Please let me know if you have any questions.

Thanks

Kirk



Attorney Kirk B. Obear
Birdsall Obear & Associates, LLC

 **Kirk Obear** <kirk@birdsallobear.com>       May 27, 2021, 2:03PM   ☆   ☺   ↩   ⋮
to Madelynn, Maria, me ▾

Ryan:
You will receive a formal letter from our office, but I just wanted to give you a heads up regarding the trial dates that have been set:

Final Pretrial Hearing: November 19, 2021 at 9:00 am.
Jury Trial: December 1-3, 2021.

As I mentioned, there will also be a motion hearing at some point prior to the Nov 19 court date. I will let you know when that gets scheduled.
Please let me know if you have any questions.
Kirk

Attorney Kirk B. Obear
Birdsall Obear & Associates, LLC

**Ryan Mayr - Calumet**

Kirk Obear <kirk@birdsallobear.com>       Thu, Feb 24, 2022 at 7:02 PM
To: Ryan Mayr <ryanm1842@gmail.com>, Stephanie Rock <stephanie@birdsallobear.com>, Madelynn Pfister <madelynn@birdsallobear.com>

I suspect that we will have to file a motion for quantitative THC testing since my reading of the chromatograms seems to indicate that they didn't do that as part of the testing process.

There has been a recent case on this issue that gives guidance on how the defense has a right to this.

I will see how the phone call with the lab person goes, and then report back to you.

Take care!

Kirk

Nicole Muller, under my direction, brought a successful Motion to Dismiss Possession of THC in Fond du Lac 25cf530, citing Wisconsin §961.32 Possession authorization (3)(b)(4r) as prosecution and enforcement action is unlawful. The DA assigned to my case, under the office

5 Ryan Mayr

of Eric Toney, has attempted to refile the charge with identical information, constituting malicious prosecution, despite being questioned if the DA was certain as to that action by the judge. Similar to DA Nathan Haberman in Calumet, also constituting malicious prosecution, as he refused to test the seized hemp, much less timely testing of it:



Dave Hannon of the Wisconsin State Crime Laboratory is clear in his reply to DA Nathan Haberman that "... ... ... ... ..I would always encourage a delta-9-thc quantitation be performed by an outside lab. Our analysis at the crime lab in controlled substances, is qualitative and not quantitative." I am clear in my reply to counsel the absurdity of Nathan Haberman's response.

6 Ryan Mayr

Case 2025CF000530    Document 7    Filed 08-12-2025    Page 1 of 1

FILED
08-12-2025
Clerk of Courts
Fond du Lac County WI
2025CF000530

BY THE COURT:

DATE SIGNED: August 12, 2025

Electronically signed by Andrew J. Christenson
Circuit Court Judge

| STATE OF WISCONSIN | CIRCUIT COURT | FOND DU LAC COUNTY |

[X] State of Wisconsin
[ ] _____ County
[ ] Municipality: _____

-vs-

Ryan David Mayr

**Judgment of Dismissal/Acquittal**

Case No. 2025CF000530

IT IS ADJUDGED the charge(s) against the defendant is disposed of as follows:

| Count | Offense Charged | Statute Number | Dispo. Date | Disposition |
|---|---|---|---|---|
| 8 | Possession of THC (2nd+ Offense) [939.62(1)(b) Repeater] | 961.41(3g)(e) | 08-12-2025 | Dismissed on Defendant's Motion |

IT IS ORDERED:

The defendant is discharged and any bond posted not otherwise forfeited is to be returned.

**THIS IS A FINAL ORDER FOR THE PURPOSE OF APPEAL.**

| DISTRIBUTION | Address | Service Type |
|---|---|---|
| Court | | None |
| Ryan David Mayr | | Electronic |
| Mark D. Benson | | Electronic |
| Fond du Lac Sheriffs Dept. | | |

My arguments set forth clearly explain the lawfulness of hemp tetrahydrocannabinols, as commonly accepted throughout Wisconsin and the United States courts, public opinion, and the People.

**Human Rights, The Constitution, Charter of the United Nations**

The Preamble of the Constitution gives reasoning for the Constitution, stating the People, Order, Union, Justice, Tranquility, common defence, Welfare, and Blessings of Liberty as motivations for the Constitution of the United States.

Established within are numerous rights, both explicitly mentioned and those unmentioned held as self-evident as also clarified in amendments.

7 Ryan Mayr

42 USC §1983. describes possible Civil action for deprivation of rights.

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress…

This available civil action is not exhaustive, as many of these deprivations of rights, privileges, and/or immunities are often unprosecuted crimes due to district attorneys wanting personal gain by appearing pro "law enforcement". Restitution is a right of crime victims. Victims are to be afforded many rights, defined as having been a victim of an act of crime, with or without a case as complainant opened and/or named a victim yet, under Federal and Wisconsin law.

The Americans with Disabilities Act of 1990 provides protections:

(1) to provide a clear and comprehensive national mandate for the elimination of discrimination against individuals with disabilities;

(2) to provide clear, strong, consistent, enforceable standards addressing discrimination against individuals with disabilities;

(3) to ensure that the Federal Government plays a central role in enforcing the standards established in this chapter on behalf of individuals with disabilities; and

(4) to invoke the sweep of congressional authority, including the power to enforce the fourteenth amendment and to regulate commerce, in order to address the major areas of discrimination faced day-to-day by people with disabilities.

These are not the only mechanism for recovering remedies and damages, and issuing corrective actions.


**Statement of fact**

Not only is the appearance of hemp cannabis and marijuana identical, much fresh, traditional marijuana qualifies under the definition of hemp as an uncontrolled substance. The vast majority of hemp cannabis flower sold in Wisconsin is of the THCA(tetrahydrocannabinolic acid) variety, virtually indistinguishable from other State-legal cannabis found in dispensaries such as in Minnesota, Michigan, and Illinois. In fact, the specialized hemp products developed from the passage of the 2018 Agricultural Improvement Act and available in Wisconsin, such as the previously mentioned tetrahydrocannabiphorol and tetrahydrocannabinolic acid isolate, are superior to "legal marijuana" products in other States.

8 Ryan Mayr

THCA → THC conversion and its importance for the stability and quality of the herbal material
Olga Gigopulu, Nikola Geskovski, Gjoshe Stefkov, Petre Makreski,
Faculty of Pharmacy and of Natural Sciences and Mathematics, Ss. Cyril and Methodius University in Skopje,
Institute of Applied Chemistry and Pharmaceutical Analysis, of Pharmaceutical Technology, of Pharmacognosy, and
of Chemistry, Majka Tereza 47, 1000 Skopje, North Macedonia

"Δ9-tetrahydrocannabinolic acid (THCA) is genuinely synthesized by the plant, while THC does not occur at a significant concentration. Thus, plant material contains very small amount of THC, leading to very high THCA/THC content ratio in plant tissue (Kimura et al., 1970). To date, the pharmacology of acidic and neutral cannabinoids has been found to be very different, but an emerging portion of the cannabis research community still largely and actively explore the pharmacology and medicinal use of acidic cannabinoids (Filer, 2022)."

US 7CFR§990.29(c) gives protection against various negligent violations concerning hemp, including growing hemp without a license and producing cannabis exceeding the specific thc level. It states: "A producer who negligently violates this part shall not, as a result of that violation, be subject to any criminal enforcement action by any Federal, State, Tribal, or local government." Enforcement action includes pursuant searches, and seizure, not only prosecution. Much enforcement action has been taken against me for mere possession of my essential lawful hemp, not in violation of any law.

7CFR§990.1 under Acceptable hemp THC level states: This definition of acceptable hemp THC level affects neither the statutory definition of hemp, 7 U.S.C. §1639o(1), in the 2018 Farm Bill nor the definition of marihuana, 21 U.S.C. §802(16), in the CSA. Considerations of defining hemp possession under the CSA merely limit delta-9 tetrahydrocannabinol, and defines all other tetrahydrocannabinols and tetrahydrocannabinolic acid as hemp within the terms "acids, cannabinoids" in 7 U.S.C.§1639o(1). The "Acceptable hemp THC level" defined in 7CFR§990.1 is only applicable to tests of hemp cannabis while growing/in production, not defining hemp possession pertaining to the CSA.

Wisconsin §961.32 Possession authorization (3)(b)(4r) as well as other sections within §961.32(3) prohibits prosecution, stating "A person who is not otherwise violating s. 94.55 or rules promulgated by the department of agriculture, trade and consumer protection under s. 94.55 may not be prosecuted for a criminal offense under this chapter, or under an ordinance enacted under s. 59.54 (25) or 66.0107 (1) (bm), for any of the following:" "Possessing cannabis purchased or obtained at retail that contains a delta-9-tetrahydrocannabinol concentration of not more than 0.7 percent above the permissible limit for hemp if the possessor has no reason to believe that the cannabis contains a delta-9-tetrahydrocannabinol concentration above the permissible limit for hemp."

The United States Constitution States...
...no State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the US; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

9 Ryan Mayr

…The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated…

**Remedies (Named)**

(1.) Emergency Injunction - prohibition of enforcement, including search and seizure actions based on appearance, odor, and sense of cannabis/tetrahydrocannabinols to prevent and correct wrongful arrests, prosecutions, and convictions for no reasonable suspicion as there's no reason to break laws concerning marijuana with hemp products available at retail superior and more economical than those on the black market, or outside the State of Wisconsin.

Unlike Illinois, Wisconsin doesn't have any laws prohibiting public consumption of cannabis. Hemp tetrahydrocannabinols have been lawful since 2018, designated and meant to be consumed as an agricultural product. Many consumers rely on access to these essential medical products used for many different diagnoses, ailments and maladies. I have been repeatedly arrested and charged for the appearance of lawful hemp cannabis, with exculpatory evidence including certificates of analysis that were present going missing, allegedly not collected by police.

Police have perjured themselves under oath, claiming the original packages labeling products as hemp weren't present when evidence and discovery clearly states they were and are locally recognized products from lawful producers and retail establishments. The behavior of police and DAs towards hemp as if it is illegal has continued to damage myself and many others, despite federal laws prohibiting enforcement action of Ch. 961, the CSA, and Wisconsin laws prohibiting prosecution. Further, during my arrests, despite numerous requests and information, hemp tetrahydrocannabinols as medicine have been denied during periods of incarcerations, leading to incompetency due to no fault of my own and numerous negative health effects.

My rights to timely preliminary hearings have been repeatedly violated due to this criminal behavior of pretending lawful products are illegal and discarding evidence to the contrary. There's no trouble for law enforcement to follow a policy of no reasonable suspicion or probable cause at the appearance of hemp cannabis, as this has been instructed by the State Attorney General in March of 2019 concerning probable cause, and there's been many years hemp as cannabis has been lawful in forms from 2014 until December 2018 when removed from the Controlled Substances Act for police to adopt appropriate training procedures including for drug detection dogs and especially knowledge dissemination to drug recognition experts such as Robert Baldwin. The purposeful, illogical disregard of the existence of hemp is criminal, and I've made multiple complaints to have my stolen lawful products, my medicine, returned to no avail.

Courts have routinely ignored my own motions similar to this, until one of my lawyers, Nicole Muller finally listened to me and dismissed my "Possession of THC" in Fond du Lac 25cf530 citing the earlier cited statutes. Nathan Haberman of Calumet refused to test the concentration of THC in the products in a timely manner, despite advice from the State Crime Lab professional, constituting malicious prosecution. Included is information and citations as to

10 Ryan Mayr

why this is in the public interest, both for a significant portion of the population including patients and consumers who use hemp cannabis for numerous reasons, and others who do not use cannabis in any form, as users of lawful tetrahydrocannabinols choose to use for various reasons, including being more productive, creative, easy-going, and socially positive.

(2.) Emergency Injunction – prior to November 12, 2026. Prohibiting federal hemp redefinition and restrictions surrounding cannabis/hemp, an agricultural commodity including the tetrahydrocannabinols within, maintaining federal protections against search, seizure, and prosecution against cannabis, hemp. Ex post facto laws are unconstitutional, and the criminalization of the vast majority (85%+) of hemp products on the market today would threaten my possession of much evidence in my case from Calumet 19cf186 to present, as well as preventing my ability to help in my defense to counsel in addition to my own pro se representation I've been forced to perform, and my functioning in everyday life. My case was initiated prior to any attempted redefinition of hemp departing from 7 U.S. Code § 1639o effective December 2018, and the products covered under such are essential to my being able to function and communicate.

(3.) Injunction – prohibition of enforcement of Chapter 961 Controlled Substances Act. With hemp products superior and more effective to delta-9 tetrahydrocannabinol and marijuana available, there's no further reason to limit delta-9 tetrahydrocannabinol to initiate research into alternative hemp cannabinoids. Many studies on various hemp tetrahydrocannabinols have been published showing distinct beneficial effects compared and contrasted to delta-9 tetrahydrocannabinol. Many lawful hemp products appear as white or off-white/yellow powder or crystals, including brown viscous products in vapes and concentrates, and the appearance and field tests are identical as cannabis appears to be cannabis, regardless of its classification of hemp or marijuana. Hence, the presence of tetrahydrocannabinols in a field test should also be considered exculpatory evidence to accusations of possession of cocaine, meth, or heroin, for example, and the appearance of hemp cannabis doesn't constitute prima facie representation, or a prohibited representation via the similar appearance of types of cannabis, via Wisconsin statute.

(4.) Injunction – prohibition of State hemp vape sale ban and restrictions of such. Enforcement has been shown to be arbitrary and unnecessary, especially for the purpose of ensuring health. Uncertainty provides anxiety to patients who rely on these products. No unsafe, negative significant differences have been demonstrated between products allowed or disallowed, and many products disallowed are far superior with improvements over products allowed. This law is anticompetitive and impractical, especially pertaining to hemp products including tetrahydrocannabinols not able to suffer enforcement action against per federal statute and rights. Included is evidence of superiority of the specific hemp products and constituents within.

(5.) Many remedies have yet to be explicitly elucidated, as I haven't had the ability and time to complete this, specifically from mind to paper, and this should have been done by my

11 Ryan Mayr

counsel/representation in my criminal cases. I am filing this in the interest of allowing a timely response to maintain my competency into the future.

(6.) Assistance in my need to find a competent lawyer to consult for possible other remedies and claims, and to aid in my defense and help review the provided discovery that hasn't been done in my criminal cases, rather than committing to acts never accomplished, refusing to subpoena evidence and witnesses, not being familiar with the lawfulness of hemp, issues of discarded exculpatory evidence, and able to comprehend the facts and details in the different instances of events, as specific details are important, et cetera as these issues have violated my rights to effective counsel and have caused much damage. I am continuing to seek counsel for criminal defense yet to be performed, including Calumet 19cf186.

(7.) Stated federal discriminatory practices against users of hemp tetrahydrocannabinols, despite being offered numerous lawful protections, are against interests of national security, health, and well-being of many including veterans. Many drug testing traditions including tetrahydrocannabinols are inappropriate and discriminatory. Joe Biden's administration's actions restricting tetrahydrocannabinol use among white house staff reducing representation in protected classes, including state-legal medical marijuana is discriminatory, not only pertaining to past use. The military attempting to prohibit use of such a useful commodity is a bit absurd, especially as it is possibly against the budget appropriations bill.

(8.) Further than hemp tetrahydrocannabinols, other antipsychotic medications have been unduly restricted while incarcerated and stolen, preventing access, including prescriptions such as currently prescribed Viibryd/vilazodone, wrongfully seized citalopram and other medications and lawful products, not easily remedied by money or court action.

**5th Amendment** Grand Jury, Double Jeopardy, Self Incrimination, Due Process, Takings
Due process... do I need to say more? Being repeatedly incapacitated and rendered incompetent while my medications are denied, yet clearly communicated, is criminal at this time. Obstructive, criminal actions in 2023, beyond and prior, by police have rendered me disabled by colluding actors of the Fond du Lac Sheriff's Office and others, preventing court appearances and hearings and attempting to prevent my right to examine witnesses and evidence in the malicious and unlawful prosecution Calumet 19cf186, searched without a warrant against opposition under the guise of community caretaking since ruled against in US Sup. Ct. Caligilia vs Strom and by other officers of the same department whom admitted there wasn't any laws being broken or danger to self/others.
After claiming my eye contact and silence was threatening, they attempted to explain the basis of the action on the appearance of hemp cannabis of which was charged as "Possession of THC" not able to be prosecuted, and wasn't in plain view until police breached the upstairs privacy of my designated private residence despite being refused, and then the products including the 100% CBD, 0% THC CBD Isolate from CBDistillery that tested false positive for thc on a field test, was refused to be tested by DA Nathan Haberman. The search and seizure constitutes unlawful enforcement action under US 7CFR§990.29(c) and Wisconsin statute.

12 Ryan Mayr

**Motion to provide video evidence in future**

Requested to be provided is video testimony to the violence demonstrated by those calling themselves law enforcement that day, despite no danger demonstrated besides by themselves as well as other select, pertinent video evidence as necessary.

**Patient Status**

We whom are autistic commonly have lower levels of endocannabinoids, often needing supplementation from cannabinoids and benefiting greatly in symptom relief and gain of function.

*Implications of the endocannabinoid system and the therapeutic action of cannabinoids in autism spectrum disorder: A literature review* from 2022 provides:
de Camargo RW, de Novais Júnior LR, da Silva LM, Meneguzzo V, Daros GC, da Silva MG, de Bitencourt RM. Pharmacol Biochem Behav. 2022 Nov;221:173492. doi: 10.1016/j.pbb.2022.173492. Epub 2022 Nov 13. PMID: 36379443.

"Besides, clinical studies have shown that autistic children have reduced serum levels of endogenous cannabinoids, such as anandamide, which makes these possible substances biomarkers (Karhson et al., 2018). Indeed, clinical reports have recently established that cannabinoids alleviate significant symptoms associated with ASD, including seizures, sleeplessness, and anxiety, in children (Aran et al., 2021; Barchel et al., 2019; Bar-Lev Schleider et al., 2019; Aran et al., 2019a)"

"Due to the health and quality of life impacts of autism for the patient and his/her family and the lack of effective medications, the literature has elucidated the possibility that Cannabis phytocannabinoids act favorably on ASD symptoms, probably through the modulation of neurotransmitters, in addition to endogenous ligands derived from arachidonic acid, metabolizing enzymes and even transporters of the membrane. These findings support the notion that there are links between key features of ASD and ECS due to the favorable actions of cannabidiol (CBD) and other cannabinoids on symptoms related to behavioral and cognitive disorders, as well as deficits in communication and social interaction, hyperactivity, anxiety and sleep disorders. Thus, phytocannabinoids emerge as therapeutic alternatives for ASD."

I am able to testify hemp tetrahydrocannabinols help with my general ability to function, sleeplessness, anxiety, and focus during sustained attention. I have been diagnosed with conditions qualifying for medical cannabis in States with medical marijuana programs.

**Standard of Care**

Tetrahydrocannabinols may be indicated as the greatest standard of care for autism and other mental health conditions, as commonly used, and sometimes forcibly administered antipsychotics are ineffective, and produced severe side effects including disability of the brain and mind with persistent, severe discomfort. I have had the opportunity to be forcibly disabled

13 Ryan Mayr

by multiple pharmaceuticals while restricted from useful tetrahydrocannabinols, causing further distress and disability during these periods. Olanzapine, lurasidone, aripiprazole, ziprasidone, and paliperidone is a short list of traditional medications I've been given and tried. Prescriptions throughout the years include Ritalin(methylphenidate), Strattera(atomoxetine), bupropion, citalopram and others.

UK Medical Cannabis Registry: A Clinical Outcomes Analysis for Autism Spectrum Disorder
Aggarwal A, Erridge S, Varadpande M, Clarke E, McLachlan K, Coomber R, Asghar M, Bhoskar U, Crews M, De Angelis A, Imran M, Kamal F, Korb L, Mwimba G, Sachdeva-Mohan S, Shaya G, Rucker JJ, Sodergren MH.
Neuropsychopharmacol Rep. 2026 Sep;46(3):e70146. doi: 10.1002/npr2.70146. PMID: 42387975; PMCID: PMC13323844.

Treatment with cannabis-based medicinal products were associated with improvements in health-related quality of life, anxiety, and sleep outcomes in autistic patients over an 18-month period.

"GAD-7 (anxiety) ($p < 0.001$) and SQS (sleep quality) ($p < 0.001$) scores improved from baseline to 18 months. EQ-5D-5L (health quality of life) index values showed improvement from baseline ($0.43 \pm 0.30$) to 18 months ($0.51 \pm 0.32$, $p < 0.001$), and PGIC (patient impression of change) scores increased from 1 month ($5.43 \pm 1.49$) to 18 months ($5.65 \pm 1.32$, $p = 0.013$)."

P-values less than 0.05 are traditionally assigned significance. A p-value is said to be the probability something occurred due to chance, rather than a measurable effect. A p-value of 0.05 corresponds to a 5% chance the results are random, whereas $p<0.001$ corresponds to less than a 0.1% chance of effects being random.

Cannabinoids are recognized by the Wisconsin legislature to "relieve maladies", and hemp tetrahydrocannabinols don't require a doctor's certification to possess, explicitly stated by statute, while being an unrestricted, uncontrolled material and defined as an agricultural commodity similar to grapes, or flowers, as cannabis commonly is. No alternatives exist to hemp tetrahydrocannabinols in Wisconsin, and no alternatives exist to tetrahydrocannabiphorol as a hemp cannabinoid, as it isn't commonly present in out-of-state marijuana markets. Synthetic cannabinoids and endocannabinoid enzymatic inhibitors in early-stage pharmaceutical research haven't been shown safe or effective at this time to substitute for cannabis and tetrahydrocannabinols.

Potential of cannabinoids as treatments for autism spectrum disorders
Nezgovorova V, Ferretti CJ, Taylor BP, Shanahan E, Uzunova G, Hong K, Devinsky O, Hollander E. J Psychiatr Res. 2021 May;137:194-201. doi: 10.1016/j.jpsychires.2021.02.048. Epub 2021 Feb 26. PMID: 33689997.

"Cannabinoid signaling may be involved in the social impairment observed in those with ASD (Wei et al., 2016). There is also a link between the endocannabinoid system and signaling of oxytocin, a hormone fundamental for social processes and involved in ASD. It was recently found that anandamide-mediated signaling at CB1 receptors, driven by oxytocin, controls social

14 Ryan Mayr

reward (Wei et al., 2015). Deficits in this signaling mechanism might contribute to social impairment in ASD (Wei et al., 2015). Increasing anandamide activity at CB1 receptors might improve ASD-related social impairment (Wei et al., 2016)."

"Novel treatments for the core symptom domains of ASD are needed, and the EC system could be a target for those therapies through the administration of exogenous cannabinoids."

I'm under the care of Fond du Lac Health and Human Services, who provide counseling, and prescribe vilazodone, able to be dispensed by a pharmacy. My current medications non-exhaustively include vilazodone(generic Viibryd, an antidepressant/antipsychotic), a hemp cannabinoid vaporizer with 76% tetrahydrocannabiphorol and non-detectable (zero, much less than 0.3%) levels of delta-9 tetrahydrocannabinol, and 99% tetrahydrocannabinolic acid isolate with non-detectable (zero) levels of delta-9 tetrahydrocannabinol. Approximately 150 to 300mg of these hemp tetrahydrocannabinols are ingested by myself per day, as a natural substitute for the lack of natural endocannabinoids. Redefinitions of hemp tetrahydrocannabinols deviating from the current definition under 7USC§1639o would prevent my ability to maintain competency, function in everyday life, and enjoy video games.

My life-threatening (due to my life being repeatedly threatened by officers' actions and assumptions) brain conditions are relatively easily alleviated by administering hemp tetrahydrocannabinols and other personal medication, found safe, effective and available for many years. Hemp tetrahydrocannabinols are recognized to be non-intoxicating to common users.

Driving by frequent cannabis users 'the morning after' last use of smoked cannabis: an observational driving simulator study
Zakala C, Zhao S, Battistuzzi A, Nette A, Matheson J, Le Foll B, Brands B, Wickens CM, Kaduri P, Hasan O, Wang W, Chen S, Di Ciano P. J Cannabis Res. 2026 Mar 3;8(1):58. doi: 10.1186/s42238-026-00416-w. PMID: 41776711; PMCID: PMC13127016.

"Neither blood nor oral fluid THC, CBD or metabolites was significantly correlated with any measure of driving after correction for multiple comparisons; mean concentrations of blood THC was above 2 ng/mL. ... CONCLUSIONS: The regular cannabis use group showed no significant impairment in driving performance 12-15 hours after last cannabis use the night before, compared to the control group. Blood and oral fluid THC concentrations may not be an accurate correlate of driving behavior."

Are blood and oral fluid $\Delta 9$-tetrahydrocannabinol (THC) and metabolite concentrations related to impairment? A meta-regression analysis, from 2022, provides:
McCartney D, Arkell TR, Irwin C, Kevin RC, McGregor IS. Neurosci Biobehav Rev. 2022 Mar;134:104433. doi: 10.1016/j.neubiorev.2021.11.004. Epub 2021 Nov 9. PMID: 34767878.

"No significant biomarker-performance relationships were observed in 'regular' (weekly or more often) cannabis users (p's>0.10), although the analyses were less robust. Blood and oral fluid THC concentrations are relatively poor indicators of cannabis/THC-induced impairment."

15 Ryan Mayr

Many, including me, use tetrahydrocannabinols to gain function. As evidenced by my differential performance using professional driving/racing software iRacing.com, at workplaces as a line leader, process technician, and academically/socially, these reasonable accommodations assist me in critical thinking, and my communication skills. In my experience, tetrahydrocannabinols are necessary for functioning and being incredibly useful for training purposes, able to learn concepts. I've struggled to interview, learn, and train while abstinent from tetrahydrocannabinols, unable to function normally. Tetrahydrocannabinols are superior to cannabidiol-majority products I have tried for lengths of time as a tetrahydrocannabinol substitute on more than one occasion. However, both cannabidiol and tetrahydrocannabinols are important to patients and much of the general public, including those who use them for reasons I don't.

## Hemp Tetrahydrocannabinols Essential for my personal Competency

Included here are direct quotes from the competency reports. They are marked as Confidential, and I've been unable to secure counsel able to answer specific questions about these. The author of the most recent report submitted 2/13/2026 is Brianna Montano, Psy.D. through the Wisconsin Forensic Unit.

Specifically, the competency evaluations and relative timeline including education and work history shows a consistent pattern with evidence through report conclusions that hemp tetrahydrocannabinols are useful for purposes of my functioning and competency:

My attorneys have repeatedly raised the issue of competency due to inability to communicate, especially when denied access to hemp cannabinoids. I've been found incompetent twice while incarcerated, prevented from my normal hemp tetrahydrocannabinols. I've been found competent twice medicating with hemp tetrahydrocannabiphorol and tetrahydrocannabinol vapes prior to the evaluations, after release on bond. True recovery takes months and/or years, and has been repeatedly interrupted by police refusing to follow laws, and some performing crimes with intent.

In **July of 2023,** only one week before Calumet 19cf186 was to be heard, I was criminally assaulted by officers whom tased me multiple times while compliant during a traffic stop, after an ex allegedly swatted me according to bodycam footage through discovery. This rendered me incompetent, unable to assist in my defense of Calumet 19cf186 as I wasn't given my medications and suffered from multiple injuries, including neurological. Kirk Obear JD raised the issue of competency, and later stated the proceedings in 19cf186 while I was incarcerated weren't valid due to being incompetent and under duress without hemp tetrahydrocannabinols and other antipsychotics I routinely use.

A forensic evaluation dated **11/20/2024** found me incompetent while incarcerated, unable to access medications including tetrahydrocannabinols. According to her report, I was suffering

16 Ryan Mayr

from mental health symptoms interfering with my ability to engage in the interview. I was ordered to undergo treatment in an outpatient setting. After resuming my medications including hemp tetrahydrocannabinols, I easily completed the restoration of competency program and was reevaluated in February 2025.

A forensic evaluation was done as an outpatient with access to records from Fond du Lac Health and Human Services dated **2/27/2025** and summarized:

"It was noted that, with regard to his mental health, Mr. Mayr has a history of multiple diagnoses, including Attention deficit disorder, Bipolar disorder, Autism spectrum disorder, Major depressive disorder, and Schizoaffective disorder. He reported feeling most stable when utilizing hemp/CBD…"

Drastically contrasting with behavior in the previous evaluation only 3 months prior, I presented normal and able, as I was able to consume doses from a hemp tetrahydrocannabinol vape before meeting with the evaluator.

"Current Clinical Presentation: Mr. Mayr is a 33-year-old Caucasian male who appeared to be of his stated age during the evaluation. The assessment was conducted at the Fond du Lac Courthouse, where he presented as cooperative and polite. He was appropriately attired for the weather, demonstrating adequate personal hygiene. Mr. Mayr is relatively tall and possesses an average build. His speech was within normal limits, and he maintained appropriate eye contact throughout the session. His overall demeanor was calm and engaged, with no atypical behaviors observed. Mr. Mayr was oriented to the date, time, location, and situation. When inquired about his mood, he described it as "decent." His affect was appropriate and congruent with his thought content. He exhibited no difficulties in completing attention and concentration tasks. While he reported no current auditory or visual hallucinations, he recounted past experiences of perceptual disturbances, stating, "when kind of falling asleep or if I'm, like, daydreaming," noting that these were generally visual perceptions and rarely auditory."

"Mr. Mayr expressed uncertainty regarding particular charges, such as the threat to law enforcement, which he attributed to statements made by his ex-partner, explaining, "She contacted the police after I had locked her out because she was threatening me. She went to her parents." Concerning the unauthorized use of a vehicle, he asserted that it was permitted under an insurance agreement and noted that the Fond du Lac office of the car rental company had reported it stolen despite authorization from the Oshkosh office. Mr. Mayr also pointed out that the THC and hallucinogens in question were legal products, specifically stating that the hallucinogens were accurately labeled and available for sale in Fond du Lac."

"During the assessment, Mr. Mayr exhibited intact memory capabilities and psychological stability. He was forthcoming in sharing information and accurate in recalling his personal history. … Mr. Mayr also pointed out specific incidents of lost 911 calls, missing body camera footage, and unauthorized vehicle removal, which he believed contributed to his skepticism regarding the fairness of the legal proceedings."

17 Ryan Mayr

Late 2025, I was falsely arrested by the Fond du Lac Sheriff Office for allegedly violating a court order not yet served as required. The jail, maintained by the Fond du Lac Sheriff Office, failed to administer my prescribed antipsychotics, discontinuing them and ceasing administration of my hemp tetrahydrocannabinols. This led to disastrous results for my health. I was unable to communicate with the evaluator effectively during the evaluation dated **12/28/2025** while unable to access hemp. The evaluator dismissed many facts despite supporting evidence as delusions, including that I was recently hospitalized due to a head injury I sustained in jail from a guard repeatedly punching me while I was handcuffed on the ground, I received threatening messages from someone claiming to be a cartel member and attempting to solicit a named victim in one of my cases prior to my unlawful arrest, and an off-duty, uniformed officer impersonator Jeff Hebl attacking me in 2017 while I was walking on a sidewalk, leading to him sexual assaulting me and involuntary drugging of me after a false report by him; no squad video footage or bodycam was recoverable.

Despite the true nature of these events, my lack of medications disallowed me from communicating in a manner the evaluator was willing to accept. She stated I would likely require treatment in an inpatient setting in order to be restored to competency, which would've led to the incapacity and disability I've experienced multiple times prior.

Relatively soon after release from jail and access to my medications and routine, including hemp tetrahydrocannabinols were restored, dated in an evaluation **2/13/2026,** the evaluator found me competent and stated:

"He has actively sought psychiatric treatment and counseling since 2011, following his initial ADHD diagnosis. He is currently prescribed Viibryd (vilazodone), an antidepressant/antipsychotic, which has been in use since early 2025; this medication was discontinued during a recent period of incarceration and reinstated in late December 2025. He is engaged in psychotherapy … and receives psychiatric care from …"

"Mr. Mayr reported consistent compliance with his medication regimen, both during voluntary treatment and previous commitments. As of 2025, he has been receiving healthcare through Fond du Lac Health and Human Services, attending all appointments and adhering to prescribed medication. He recounted having experienced psychotic symptoms and negative evaluations while in custody due to the abrupt cessation of his medication following arrests. Since being released and bonded from jail at the end of January 2026, he has resumed consistent medication intake and treatment with Fond du Lac Health and Human Services."

"Mr. Mayr is a 34-year-old Caucasian male who presented for evaluation in secured public building. He appeared his stated age, was tall and slim, and was casually dressed. Grooming was appropriate, and he maintained polite and cooperative behavior throughout the assessment. Eye contact was appropriate, and his speech was within normal limits. Mr. Mayr occasionally referenced not discussing certain beliefs, acknowledging that these may not be based in reality. No atypical speech patterns or behaviors were observed."

18 Ryan Mayr

"Mr. Mayr was oriented to person, place, date, and situation at the time of evaluation. He described his mood as "normal, positive," and his affect was congruent with thought content, presenting as euthymic with some anxiety. Appetite was reported as good. He disclaimed any current hallucinations or delusional beliefs, though he noted previous experiences with cannabis that involved visual perceptual changes, specifically seeing "different colors." There were no indications of memory impairment, thought disorder, or disorganized thinking. Mr. Mayr disclaimed any thoughts of self-harm or harm to others. He demonstrated above average cognitive functioning. Mr. Mayr reported experiencing no significant emotional distress over the past several weeks. He disclaimed experiencing a lack of interest or pleasure in activities, feelings of depression or hopelessness, increased irritability, or changes in sleep patterns. He reported "normal anxiety" related to ongoing legal matters but did not endorse panic or avoidance behaviors. He disclaimed unexplained physical symptoms, feelings of being unheard, or concerns regarding thought privacy. Mr. Mayr expressed a clear sense of identity and reported feeling close to others, with no feelings of detachment. He disclaimed any substance use, including alcohol, tobacco, or illicit drugs, and reported no misuse of prescribed medications."

**Lack of Reasonable Suspicion**

Lawful hemp tetrahydrocannabinol products, more effective and more affordable than "black market" marijuana, have been available since the passage of the 2018 Agricultural Improvement Act. Therefore, as no actual reason exists for a person to possess illegal marijuana, rather than lawful hemp cannabis, no reasonable suspicion exists at the appearance of unspecified cannabis, and the presence of tetrahydrocannabinols, as field tests performed by police systematically test false positive for nearly all hemp tetrahydrocannabinol products. Drug test screens at workplaces will reliably be false positive for marijuana in the presence of hemp tetrahydrocannabinols.

No reasonable suspicion shall arise at the appearance or sense of the presence of cannabis, or hemp, in order to prevent unreasonable seizures and/or simple discrimination. Many citizens, including me, Ryan, and about 11% of high school students rely on, or have recently used tetrahydrocannabinols, according to Officer Schallmo of the New Holstein Police Department during a presentation on drug use. The proportion of high school students actively using tetrahydrocannabinols may have increased to 18% according to recent information. We possess the right to practically do so without government interference. The majority of fresh, raw cannabis virtually indistinguishable from that sold through state-legal marijuana dispensaries meet the criteria for the limited delta-9 tetrahydrocannabinol prescribed in 7 U.S.C. §1639o as hemp, as the primary substance is the hemp acid (non-cannabinoid receptor activating) tetrahydrocannabinolic acid, not delta-9 tetrahydrocannabinol. Therefore, even if offenders may believe they are in possession of "illegal marijuana," the State must prove that it was actually an illegal substance at the time. This is already included in relevant jury instructions, meaning the

19 Ryan Mayr

State would be required to prove a quantitative excess as well as knowledge, if enforcement action and/or prosecution were lawful.

**Law Enforcement already informed – ignorance is not a defense** including convenient citations from Kovacic v. Ruechel, 23-c-642 (E.D. Wis. Sep 23, 2025).

According to Kovacic v. Ruechel, 23-c-642(E.D. Wis. Sep 23, 2025),
"law enforcement had been informed that the Wisconsin State Crime Laboratory could not and would not determine the concentration of THC in suspected marijuana versus hemp as of April 2022…"

"…he is heard saying only that he smelled weed, …indistinguishable from the smell of hemp."

"A Nark II test [for THC] cannot differentiate between legal hemp and marijuana…"

"…point to the legalization of hemp with the enactment of the 2018 Farm Bill on December 20, 2018… …..in March 2019, the Wisconsin Attorney General released a legal memo… on behalf of the WisDOJ to Wisconsin Law Enforcement Agencies… warn[ing] law enforcement officers…"

"To be clear, law enforcement must not ignore facts suggesting that a substance is in fact legal industrial hemp and not illegal marijuana…. Law enforcement should conduct further investigation before deciding that there is probable cause to believe…" Brad Schimel, Wisconsin Attorney General, 2019.

Brad Schimel is clear in his directive, that hemp cannabinoids are lawful, and no probable cause is supported for the appearance of cannabis or lawful tetrahydrocannabinols in hemp products that differences from marijuana are, in essence, indistinguishable. Cannabidiol is often mentioned pertaining to hemp, however, doesn't appear in the statute definition of hemp, and by legal definition, cannabidiol and hemp tetrahydrocannabinols are afforded the same lawful uncontrolled status.

Further within Kovacic v. Ruechel, 23-c-642:
"That hemp… has now been legal for more than 5 years. At some point, one would expect that law enforcement agencies would provide some sort of training to officers… and implement safeguards to avoid arresting innocent individuals…"
"…or education as to what steps, if any, should be taken to avoid wrongful arrests."

**Wrongful arrests, Wrongful speculation/assumptions**

20 Ryan Mayr

As I, Ryan, stated, no reasonable suspicion arises due to a sense of the presence of cannabis/hemp, or marijuana, much less probable cause to prevent wrongful arrests I, and many others have been subject to in Calumet 19cf186 and beyond.

In Calumet 19cf186, Kirk Obear stated "hemp is legal", informing the court of the statute, and Jeffrey Froelich responded, "We'll see about that." showing clear prejudice and contempt of the law by that presiding judge. Despite the law, DA Nathan Haberman refused to conduct proper quantitative d9thc testing, only providing qualitative results with the WI State Crime Lab using the outdated GC/MS technique that chemically alters hemp cannabinoids into d9thc, invalidating those results. Included earlier (on page 6) is email correspondence with Nathan Haberman demonstrating this years after seizures.

In Waukesha 2021cf1531/2, Chris Syrrakos has stated, "they [crime lab, law enforcement] don't know how to test..." Paragraph 28 of State v. Syrrakos, 2024ap554/6-cr (Wis. App. Oct 29, 2025) provides alleged THC concentrations from vapes and cannabis buds. From the totality of circumstances, these results may be caused by the inability and negligence of the Crime Lab's and others' techniques, as the Drug Enforcement Administration has also offered their lab techniques using GC/MS were outdated, only confirming the presence of THC, not quantification, to be able to determine lawful cannabis as hemp.

If I remember correctly, the justification police used to search the products of Syrrakos's establishment was that the hemp tetrahydrocannabinol products caused psychoactive effects, as expected in a person. Lawful hemp tetrahydrocannabinols do cause effects able to be perceived, and often understood to be psychoactive. These products are safe and effective when used appropriately, and people experiencing expected effects of these products from overdosing doesn't constitute reasonable suspicion or probable cause that the product is illegal. In Syrrakos's specific case, the environment surrounding the unintended ingestion and/or effects should've been paid attention to, rather than the product itself that is understood to have perceivable effects by definition. Perhaps the label may have been investigated as to whether it was appropriate in listing the ingredients.

Justice Dallet adds to the steps needed to prevent wrongful arrests according to the United States Constitution:
"...if experts are correct that there is no distinction between the odor of legal hemp products and marijuana, then a central premise of "Secrist" is called into question and further undermines probable cause." Other courts had raised similar concerns. See, e.g., State v. Moore, 2023 WI 50, Par.33, 408 Wis.2d 16, 991 N.W.2d 412(2023).

Not only is the perception of lawful cannabis and marijuana identical, as described earlier, the chemical composition is virtually identical as well, leading to labs unable to differentiate the two as required.

As the original packaging and certificates of analysis for various of my hemp products have mysteriously gone "missing" prior to discovery, or denied existed by officers under oath in cases

21 Ryan Mayr

24cf974/25cf530, 24cf374 and the package was present in 25cf1003, showing my hemp has been lawfully purchased at retail, my rights have been violated to a greater extent, apparently intentionally through attempted evidential suppression by individual officers, further than stated or considered in Kovacic v. Fond du Lac County et. al. 25-cv-992(E.D. Wis. Aug 27, 2025).

When fresh cannabis is properly tested per federal controlled substances' statute excluding tetrahydrocannabinolic acid (as the Wisconsin State Crime Lab refuses to perform) using scientifically accepted statistical ranges of error, it is defined as hemp 7U.S.C.§1639o, nonrestricted, uncontrolled, able to be freely possessed by anyone. The 2018 Agricultural Improvement Act gave States the jurisdiction to only regulate production of hemp more stringent than federal law, preventing interference of possession of noncontrolled, nonrestricted cannabis through various protective means of preventing enforcement action, and charging under the Controlled Substances Act for transportation, to prevent the negative consequences of wrongful arrests/seizures/prosecution. This shouldn't have needed to have been spelled out, word-for-word, however, there is lingering discrimination against tetrahydrocannabinols within lawful hemp cannabis and products. In fact, it is spelled out, word-for-word, among statutes that have been ignored by many continuing to perform criminal acts against the appearance of hemp.

**Wisconsin Law to the greatest extent under Federal Law, DEA statements**

Wis. Stat. §961.14 Schedule I "Unless specifically excepted by State or federal law... (t) tetrahydrocannabinols, except (3.) tetrahydrocannabinols contained in hemp,". Wis. Stat. §94.55 defines hemp as the plant Cannabis and any part of that plant, including the commonly consumed flower "buds", and all derivatives, specifying cannabinoid acids such as tetrahydrocannabinolic acid as "hemp". 7.U.S.C.§1639o, of which Wis.Stat.§94.55 is based upon, also shares this language: "The term "hemp" means the plant Cannabis sativa L. and any part of that plant, including the seeds thereof and all derivatives, extracts, cannabinoids, isomers, acids, salts, and salts of isomers, whether growing or not, with a delta-9 tetrahydrocannabinol concentration of not more than 0.3 percent on a dry weight basis."

Shortly after the passage of the 2018 Farm Bill, the DEA issued a final rule that "modified the existing regulatory definition of THC to make clear that it does not include, "any material, compound, mixture, or preparation that falls within the definition of hemp set forth in 7.U.S.C.§1639o" 85 Fed.Reg. 51, 639, 51, 640(codified at 21 C.F.R.§1308.11(d)(31)). It also – consistent with the changed statutory definition of marijuana – modified the prior regulatory definition of marijuana extract limiting it to a substance "containing >0.3% delta-9 tetrahydrocannabinol on a dry weight basis." Id.(codified at 21 C.F.R.§1308.11(d)(58))." Hemp Indus. Ass'n v. D.E.A., 36 F.4th 269 No 20-1376 (June 10, 2022). According to a letter received by Rod Kight from the DEA, only delta-9 tetrahydrocannabinol is to be considered when cannabis is determined to be hemp or marijuana, no other tetrahydrocannabinols.

22 Ryan Mayr

Prior to and in anticipation of the U.S. 2018 Agricultural Improvement Act, 2017 Wisconsin Act 100 created 94.55 to allow Wisconsinites the ability "...to process, transport, transfer, take possession of, sell, import and export industrial hemp in this state to the greatest extent allowed under federal law." The legislature directed the DATCP (Wisconsin) "in a manner that allows the people of this state to have the greatest opportunity to engage in these activities." As expressed under the section titled Statement of Fact, the "Acceptable hemp THC level" defined in US 7CFR§990.1 is only applicable to tests of hemp cannabis while growing, not defining hemp possession pertaining to the CSA.

**Employment discrimination and tetrahydrocannabinolic acid leading to delta-9 tetrahydrocannabinol positives, false positive for marijuana**

I've been discriminated against by multiple employers rescinding offers based on positive thc tests of biological samples, however, Wisconsin protects against discrimination for lawful product use. Consistent with Fisher v. Airgas U.S., LLC, 23-3286 (6th Cir. Jan 31, 2024) "HireRight's Med. Rev. Officer, Dr. G.Z. told Fisher he had tested positive for tetrahydrocannabinolic acid ("THCA"). [THCA] is a different substance from delta-9 tetrahydrocannabinol, which is more commonly associated with marijuana use." Nonetheless, the vast majority of hemp sold will lead to positive delta-9 tetrahydrocannabinol results, reliably false positive for marijuana. With the popularity of hemp cannabinoids (delta8thc, d9thcp, d9thcv, thca, etc.) and hemp tetrahydrocannabinol products, including delta-9 tetrahydrocannabinol's precursor tetrahydrocannabinolic acid, there's no method of discerning lawful hemp cannabinoid use from marijuana use. Therefore, no blood/urine tests are able to distinguish between uncontrolled nonrestricted hemp use, and are discriminatory under federal and state laws. Hemp with delta-9 tetrahydrocannabinol and other hemp tetrahydrocannabinols are uncontrolled, defined as an agricultural commodity such as grapes, or flower buds as they are. Hemp has historically been understood to be non-intoxicating, and medically useful.

**Driving and hemp tetrahydrocannabinols**

In Wisconsin, hemp use while driving is intended and defined as lawful. Hemp tetrahydrocannabinols are often used to maintain attention while driving. 2019 Wisconsin Act 68 amended Wis. Stat. §885.235(1)(d) "Restricted Controlled Substance", allows for hemp use while driving. Under 5., precursors (tetrahydrocannabinolic acid) and metabolites of delta-9 tetrahydrocannabinol are excluded. Under 1., tetrahydrocannabinols are excluded: "A controlled substance included in schedule I under ch. 961 other than a tetrahydrocannabinol.". Laws attempting to criminalize the presence of any tetrahydrocannabinols, including delta-9 tetrahydrocannabinol while driving are unlawful since the passage of the 2018 Agricultural Improvement Act. As cited earlier under "Standard of Care", those who use hemp tetrahydrocannabinols regularly, including those who use tetrahydrocannabinols to improve their driving acuity, have been shown to not experience impairment. If drivers with less tolerance or

23 Ryan Mayr

experience with hemp as medicine commit traffic infractions, they may be issued the citations pertaining to the relevant acts while under control of a moving vehicle.

## Federal Rescheduling Recognition

During the week of December 15, 2025, Donald Trump issued an E.O. moving "marijuana from Schedule I to III", officially declaring a federally accepted medical use as has been self-evident for years, and a reduced liability contrasted with Schedules I & II. This includes cannabis extracts up to 100% delta-9 tetrahydrocannabinol. However, hemp tetrahydrocannabinols as listed at the start of this document, superior to delta-9 tetrahydrocannabinol with various medically useful effects, have been lawful as uncontrolled agricultural commodities for over 7 years up to 100% of hemp tetrahydrocannabinols other than delta-9 tetrahydrocannabinol.

## Redefinition, Budget Appropriations

Any redefinition of hemp removing the practical protections against prosecution and enforcement action is unlawful, and unconstitutional. The protections by the statutes themselves have underlying principles in the Rights given by the Constitution. Commonly available medical hemp tetrahydrocannabinols are essential to my right to competency, general functioning, and ability to communicate. Hemp as potent, and more-so than marijuana has been historically shown safe and effective, more effective than many first-line, or standard-of-care, medications on the market. In fact, scheduling of marijuana in any schedule may be inappropriate, now that the proliferation of hemp has led to much research and uncovering of new, specific uncontrolled medicines and tetrahydrocannabinols distinct from delta-9 tetrahydrocannabinol. The existence of this field and the vast amount of specific products found safe and effective for years is seemingly under threat by this Act attempting to redefine hemp to exclude 90% of products presently covered under the definition that many of the public rely on every day.

Public Law 119-37 of the 119th Congress, H.R.5371 for Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026

Section 737 provides None of the funds made available by this Act or any other Act may be used— (1) in contravention of section 7606 of the Agricultural Act of 2014 (7 U.S.C. 5940), subtitle G of the Agricultural Marketing Act of 1946, or section 10114 of the Agriculture Improvement Act of 2018; or (2) to prohibit the transportation, processing, sale, or use of hemp, or seeds of such plant, that is grown or cultivated in accordance with section 7606 of the Agricultural Act of 2014 or subtitle G of the Agricultural Marketing Act of 1946, within or outside the State in which the hemp is grown or cultivated.

Prohibitions of funds made available by this Act to prohibit the use of hemp cannabis has been violated in personal effect by enforcement, and many others have suffered consequences of this statute being broken, as the funds made available by this Act and other Acts fund the budget for

24 Ryan Mayr

police and many others who have performed enforcement actions against lawful hemp, if my surface-level understanding of these effects proves/serves correct.

**Jury Instructions – Quantification, Available composition of the jury inadequate**

Kirk Obear was to submit Jury Instruction concerning hemp to Calumet court under 19cf186 to meet a deadline. It was clear they were to be given to me to proofread before submission. They were only shown to me the day of the deadline, while I was at my place of employment, and contained typos, constituting ineffective counsel.

As Kirk Obear stated in his email correspondence with DA Nathan Haberman, there is a right for quantitative testing as the State needs to prove delta-9 tetrahydrocannabinol specifically, not any other hemp tetrahydrocannabinols, exceeded the threshold and other elements. This evidence is to be had prior to enforcement action, including search and/or seizure. Nathan Haberman refused to quantitatively test the hemp.

Jury instructions surround the fact that delta-9 tetrahydrocannabinol specifically needs to be above 0.3%, and knowledge of this exceeding. Many Americans are illiterate. Many don't understand what the difference between a molecule, atom, element, etc. are, basic chemistry concepts needed to understand the basic jury instruction. Many Americans lack math understanding. I've found many errors in filings concerning hemp mistaking 0.3% with 0.03%, and the history about the failure of A&W's third pounder in the 1980s as consumers believed McDonald's quarter pound burger to be larger is a great example of math illiteracy that may not be correctable within jury selection.

**Sars Covid**

Tetrahydrobutol has 83% of the potency against the main protease of covid19 when compared to GC376, a potential broad-spectrum antiviral medication. Tetrahydrocannabinols and tetrahydrocannabinolic acid have shown effectiveness in blocking viral entry into cells in studies. Direct inhalation of these compounds to the respiratory system through vaporizers is undoubtedly protective against sars-cov-2, and the best delivery method to one of the most affected areas in the body, the lungs. Corona viruses such as sars-cov-2 are part of a wide range of viruses including the common cold.

Identification of SARS-CoV-2 Main Protease Inhibitors from a Library of Minor Cannabinoids by Biochemical Inhibition Assay and Surface Plasmon Resonance Characterized Binding Affinity. Liu C, Puopolo T, Li H, Cai A, Seeram NP, Ma H. Molecules. 2022 Sep 19;27(18):6127. doi: 10.3390/molecules27186127. PMID: 36144858; PMCID: PMC9502466.

"The replication of the severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) is mediated by its main protease (Mpro), which is a plausible therapeutic target for coronavirus disease 2019 (COVID-19). ... Cannabinoids tetrahydrocannabutol and cannabigerolic acid were

25 Ryan Mayr

the most active Mpro inhibitors." "Findings from the biochemical, biophysical, and computational assays support the growing evidence of cannabinoids' inhibitory effects on SARS-CoV-2 Mpro."



The Above are chemical structures of the THC-type of cannabinoids (A) and their inhibitory effect on the activity of SARS-CoV-2 Mpro (B). These cannabinoids were tested at a concentration of 10 µM with the MBP-tagged SARS-CoV-2 Mpro inhibition assay. GC376 was used as the positive control and each test compound was assayed in triplicate.

Specialized hemp tetrahydrocannabinols such as tetrahydrocannabutol are more effective than simple delta-9 tetrahydrocannabinol against Covid, although studies have shown tetrahydrocannabinol effective too.

**Tetrahydrocannabiphorol, 11-oh-thc metabolite, Wisconsin Hemp Vape Sale Ban**

Any ban of retail sales of hemp vaporizers may ensure the proliferation of unbranded, homemade vaporizers of retail sold hemp cannabinoid concentrates. This may cause further false arrests by police, who already habitually denied the validity of in-person hemp packaging and certificates of analysis. District Attorneys and the State Crime Lab have refused to test the

26 Ryan Mayr

hemp according to what is required in jury instructions in my, and many other cases, if the searches and seizures were lawful.

The vape sale ban, including safe and therapeutically similar nicotine vapes, has been challenged from the perspective of the businesses who would be unduly impacted. In terms of consumers, these attempted arbitrary regulations are against the best interest of the people, as these products are essential medicines for many people that need affordable access. Attached is an email describing the relative prices compared to historical black markets for lawful products now able to be used affordably.

Personally, I primarily use a brand of hemp vape, One Hit Wonder THCP, with a specific blend of tetrahydrocannabiphorol, tetrahydrocannabivarin, cannabigerol, and cannabidiol, practically impossible to recreate on my own with individual isolates in a manner consistent with cGMPs and medical use. Tetrahydrocannabiphorol, with a varying structure compared to delta-9 tetrahydrocannabinol, demonstrates differential metabolism, leading to a reduced rate in hydroxylated biomarkers such as 11-oh-thcp, and greater carboxylated metabolites.

Delta-9-tetrahydrocannabutol (Δ9-THCB), Delta-9-tetrahydrocannabihexol (Δ9-THCH), and Delta-9-tetrahydrocannabiphorol (Δ9-THCP): the Impact of Varying Alkyl Chain Length on Delta-9-tetrahydrocannabinol (Δ9-THC) Analog Metabolism
Kathryn M James, Justin L Poklis, Erin L Karschner, Sara K Dempsey, Michelle R Peace, Journal of Analytical Toxicology, 2026;, bkag045, https://doi.org/10.1093/jat/bkag045

"One carbon deviation in alkyl sidechain length resulted in a decreased formation of the hydroxylated biomarker; whereas two carbon deviations further decreased the amount produced. Although the metabolism rate of the hydroxylated biomarkers was reduced, any deviation from the five-carbon sidechain increased the conversion from the hydroxylated biomarker to the carboxylated biomarker by the cytochrome P450 enzymes."

The proposed-to-be-enacted law banning the sale of many hemp vaporizers is unlawful and unconstitutional. Logistics of metabolism in the body are one reason vaporizers are an important delivery method unable to be replaced by edible forms, or other methods of administration. Blood flow from the stomach is directed to the liver in what is called "first pass metabolism". The lungs' blood flow isn't harsh to tetrahydrocannabinol and tetrahydrocannabinolic acid, aiding in bioavailability, rather than the stomach and liver's function of metabolising food and with it, drugs. When eaten, first-pass metabolism in the liver negates many of the beneficial effects by producing 11-hydroxy-tetrahydrocannabinol, rather than the molecule as it is from the hemp cannabis plant as defined by the legislature. 11-OH-THC is a distinct molecule, with stronger binding affinity to cannabinoid receptors than delta-9 tetrahydrocannabinol itself.

Modulation of type 1 cannabinoid receptor activity by cannabinoid by-products from Cannabis sativa and non-cannabis phytomolecules
Zagzoog A, Cabecinha A, Abramovici H, Laprairie RB. Front Pharmacol. 2022 Aug 26;13:956030. doi: 10.3389/fphar.2022.956030. PMID: 36091813; PMCID: PMC9458935.

27 Ryan Mayr

"Of note, however, 11-OH-Δ9-THC displayed the greatest estimated binding affinity to CB1R, greatest potency in the cAMP inhibition assay among minor phytocannabinoids, and similar efficacy to Δ9-THC in the βarrestin2 recruitment assay and proved to have the greatest in vivo activity."

In addition, I've enjoyed solely vaporizing for years and I'd rather not start smoking, or ingesting cannabis through a hemp bong, or hemp pipe again if the safest, most effective, and affordable vapes weren't available. Businesses that have operated lawfully for years need the federal stability to continue their product lines and development, as so many hemp products are now superior, medically, to marijuana products and available pharmaceuticals.

**Tetrahydrocannabinolic acid has benefits distinct from delta-9 tetrahydrocannabinol, efficacy in memory deficits and relevant symptoms**

According to 23andme, I have one of the strongest genetic predispositions to Alzheimer's Disease, with two copies of a specific genetic allele for a protein affecting lipid metabolism and transport. Effects of Alzheimer's Disease are able to be corrected in part, with hemp tetrahydrocannabinols. My memory recall, and ability to sustain such is maintained with cannabinoids, independent of any status concerning Alzheimer's Disease.

Therapeutic properties of multi-cannabinoid treatment strategies for Alzheimer's disease
Coles M, Steiner-Lim GZ, Karl T. Front Neurosci. 2022 Sep 2;16:962922. doi: 10.3389/fnins.2022.962922. PMID: 36117622; PMCID: PMC9479694.

Various treatment effects of cannabinoid combinations are listed in a table. Improvements from THC listed include "improvements to delusions, irritability, apathy, sleep", "reversed the object recognition memory deficit", improvements in spatial learning, etc.

The Cannabinoids, CBDA and THCA, Rescue Memory Deficits and Reduce Amyloid-Beta and Tau Pathology in an Alzheimer's Disease-like Mouse Model
Kim J, Choi P, Park YT, Kim T, Ham J, Kim JC. Int J Mol Sci. 2023 Apr 6;24(7):6827. doi: 10.3390/ijms24076827. PMID: 37047798; PMCID: PMC10095267.

"THCA also showed anti-inflammatory and neuroprotective effects that may be beneficial for treating neurodegenerative diseases."

"However, CBDA- and THCA-treated mice showed decreased hippocampal Aβ and p-tau and superior cognitive function compared with Aβ1–42-treated mice. In addition, CBDA and THCA lowered Aβ and p-tau levels, alleviated calcium dyshomeostasis, and exhibited neuroprotective effects in primary neurons. Our results suggest that CBDA and THCA have anti-AD effects and mitigate memory loss and resilience to increased hippocampal Ca2+, Aβ, and p-tau levels. Together, CBDA and THCA may be useful therapeutic agents for treating AD."

28 Ryan Mayr

There are many more examples, I simply chose ones for example that are immediately relevant for symptoms I experience.

## Bipolar Affective Disorder

Cannabinoids in bipolar affective disorder: a review and discussion of their therapeutic potential
Ashton CH, Moore PB, Gallagher P, Young AH. J Psychopharmacol. 2005 May;19(3):293-300.
doi:10.1177/0269881105051541. PMID: 15888515.

"Bipolar affective disorder is often poorly controlled by prescribed drugs. Cannabis use is common in patients with this disorder and anecdotal reports suggest that some patients take it to alleviate symptoms of both mania and depression. We undertook a literature review of cannabis use by patients with bipolar disorder and of the neuropharmacological properties of cannabinoids suggesting possible therapeutic effects in this condition."

## Arthritis

As I have historically worked physically demanding jobs, involving repeatedly moving 40 lb blocks of cheese as well as equipment, hemp is useful for maintaining physical ability too, beyond mental capabilities.

$\Delta 9$ -Tetrahydrocannabinolic acid alleviates collagen-induced arthritis: Role of PPAR$\gamma$ and CB1 receptors.
Palomares B, Garrido-Rodriguez M, Gonzalo-Consuegra C, et al. Br J Pharmacol. 2020; 177: 4034–4054.
https://doi.org/10.1111/bph.15155

"$\Delta 9$ -Tetrahydrocannabinolic acid ($\Delta 9$ -THCA-A), the precursor of $\Delta 9$ -THC, is a non-psychotropic phytocannabinoid that shows PPAR$\gamma$ agonist activity. Here, we investigated the ability of $\Delta 9$ -THCA-A to modulate the classic cannabinoid CB1 and CB2 receptors and evaluated its anti-arthritis activity in vitro and in vivo."

"In vivo, $\Delta 9$ -THCA-A reduced arthritis in CIA mice, preventing the infiltration of inflammatory cells, synovium hyperplasia, and cartilage damage. Furthermore, $\Delta 9$ -THCA-A inhibited expression of inflammatory and catabolic genes on knee joints."

## Obesity and Metabolic disease

With the popularity of GLP-1 medications targeting weight loss as an objective, many may be surprised to discover hemp THCA helps the body burn fat, in simple terms.

29 Ryan Mayr

Tetrahydrocannabinolic acid A (THCA-A) reduces adiposity and prevents metabolic disease caused by diet-induced obesity.

Palomares B, Ruiz-Pino F, Garrido-Rodriguez M, Eugenia Prados M, Sánchez-Garrido MA, Velasco I, Vazquez MJ, Nadal X, Ferreiro-Vera C, Morrugares R, Appendino G, Calzado MA, Tena-Sempere M, Muñoz E. Biochem Pharmacol. 2020 Jan;171:113693. doi: 10.1016/j.bcp.2019.113693. Epub 2019 Nov 9. PMID: 31706843.

"Administration of Δ9-THCA-A in a mouse model of HFD-induced obesity significantly reduced fat mass and body weight gain, markedly ameliorating glucose intolerance and insulin resistance, and largely preventing liver steatosis, adipogenesis and macrophage infiltration in fat tissues. Additionally, immunohistochemistry, transcriptomic, and plasma biomarker analyses showed that treatment with Δ9-THCA-A caused browning of iWAT and displayed potent anti-inflammatory actions in HFD mice. Our data validate the potential of Δ9-THCA-A as a low adipogenic PPARγ agonist, capable of substantially improving the symptoms of obesity-associated metabolic syndrome and inflammation."

**Sleep Apnea**

CPAP machines are cumbersome and considered genuinely obnoxious by many. In 2013, tetrahydrocannabinol was found to significantly improve the Apnea Hypopnea Index of patients, a measure commonly used in sleep studies to diagnose sleep apnea and determine its severity. Quality sleep, in which tetrahydrocannabinol improves, is beneficial for my mental health.

Proof of Concept Trial of Dronabinol in Obstructive Sleep Apnea
Prasad B, Radulovacki MG, Carley DW. Proof of concept trial of dronabinol in obstructive sleep apnea. Front Psychiatry. 2013 Jan 22;4:1. doi: 10.3389/fpsyt.2013.00001. PMID: 23346060; PMCID: PMC3550518.

"On this basis, we examined the safety, tolerability, and efficacy of dronabinol (Δ9THC), an exogenous Cannabinoid type 1 and type 2 (CB1 and CB2) receptor agonist in patients with Obstructive Sleep Apnea (OSA). … Change in AHI (ΔAHI, mean ± SD) was significant from baseline to night 21 (−14.1 ± 17.5; p = 0.007). No degradation of sleep architecture or serious adverse events was noted."

**Ineffectiveness and/or safety concerns of full agonists, enzymatic inhibitors, Public interest as an opioid alternative**

As stated earlier in this document, "Synthetic cannabinoids and endocannabinoid enzymatic inhibitors in early-stage pharmaceutical research haven't been shown safe or effective at this time to substitute for cannabis and tetrahydrocannabinols."

How unfortunate are the alternatives to tetrahydrocannabinols? Who has been habitually committing willful crimes against lawful tetrahydrocannabinol users and discriminating against their use as lawful products for years? With fentanyl being such a focus for politicians, how many deaths due to opioids could've been prevented if tetrahydrocannabinols weren't continued

30 Ryan Mayr

to be discriminated against? Many in law enforcement, and related to such, have lobbied to keep marijuana illegal despite overwhelming evidence of positive effects on mental and physical health, as well as performing criminal, discriminatory actions against cannabis being commonly lawful since 2018 as hemp. Numerous studies have shown benefits to the public as cannabis being an opioid alternative, reducing dependence upon relatively dangerous drugs.

Medical Cannabis as an Opiate Alternative: A Prospective Observational Cohort Study
Caldera F E, Caldera Z, Shofer F, et al. (April 17, 2026) Cureus 18(4): e107248. doi:10.7759/cureus.107248

"Opioid use for chronic pain has contributed to an epidemic of overdoses and deaths in the United States. Some clinical studies suggest that medical cannabis may help alleviate pain and improve quality of life. However, cost can be a barrier to patients accessing medical cannabis. This is the first prospective observational study evaluating medical cannabis as an alternative to opioids in a setting where cost was removed as a major barrier."

"Daily opioid use decreased from baseline to one month (from 46.8 MMEs to 16.2 MMEs, a 65% reduction), and this reduction was maintained through five months. The mean NRS score decreased by two points from baseline to one month (from 7.03 to 5.07; p < 0.0001), and this improvement was sustained at five months. The SF-36 Physical Functioning score increased from 15.3 at baseline to 21.4 at one month and was maintained at five months (p < 0.03 for both comparisons)."

"These results suggest that medical cannabis may be a useful adjunct therapy for reducing opioid use, relieving chronic pain, and improving health-related quality of life."

Despite pharmaceutical companies' efforts, synthetic cannabinoid therapies have failed to perform as safe as tetrahydrocannabinols naturally produced and used by humans for virtually the entirety of written history.

Therapeutic Use of Synthetic Cannabinoids: Still an Open Issue? (2018) Maria Antonietta De Luca PhD, Liana Fattore PhD

"The progress of innovative life-saving and life-improving medications is one of the major goals of pharmaceutical investigations at any level of research, from academia to industry."

"Notably, between 2010 and 2014, a total of 32 controlled studies were performed to investigate the potential therapeutic properties of smoked cannabis, oral THC, sublingual nabiximol, and oral cannabidiol."

Synthetic full agonists of cannabinoid receptors have differential effectiveness not present from the "partial" agonism of delta-9 tetrahydrocannabinol. "Synthetic cannabinoid agonists have been developed and used for treatment of different human pathologic conditions..." "Because activation of cannabinoid receptors may induce central and peripheral beneficial effects, the

31 Ryan Mayr

newest synthetic cannabinoids having full agonistic activity and high potency at cannabinoid type 1 and type 2 receptors might have therapeutic potential too."

Unfortunately, synthetic full agonists may have a lethal dose that some found when trying alternatives to tetrahydrocannabinols. One may ask, why were people using synthetics, rather than real cannabis extracts? One danger among some products in the early 2010s were "hotspots" where concentrations of applied synthetics weren't congruent throughout the products. Unknown blends of products without accurate ingredients lists or certificate of analysis were common. "However, case reports of acute and fatal intoxications are accumulating and revealing..."

"In addition to activation or blockade of CB1 receptors, another intriguing therapeutic approach is represented by the use of metabolic enzymes, such as inhibitors of the fatty acid amide hydrolase (FAAH) or monoacylglycerol lipase (MAGL), that prevent degradation of the 2 endocannabinoids anandamide and 2-arachidonoylglycerol (2-AG), respectively. Other compounds that alter endocannabinoid metabolism, such as URB597, also known as KDS-4103, URB694, PF-04457845, ARN14633, and JZL184, have also been studied. Contrary to the encouraging preclinical data, recent clinical defeats of endocannabinoid-related therapies have been reported." FAAH inhibitor BIA 10-2474 "produced serious adverse events in 6 participants of a Phase I clinical trial; the highest dose tested (50 mg) produced the most serious symptoms associated with a single case of coma, which rapidly led to brain death, whereas 2 of the other 5 participants had serious neurologic damage."

According to Gemini (Google) and Wikipedia, Oleamide is a naturally occurring fatty acid amide derived from oleic acid. It is widely recognized for its sleep-inducing, calming, and cannabinoid-like properties. Beyond its biological roles, it is also utilized industrially as a slip and mold-release agent in plastics manufacturing, and is able to be found in food products held in plastic containers such as yogurt, and perhaps pacifiers.

**Popularity among Americans**

Nearly 90% of adults believe marijuana should be lawful for medical or recreational purposes. (According to a Pew Research Center survey conducted January 2024).

"A good 40 percent of current cannabis users are using it daily or near daily, a pattern that is more associated with tobacco use than typical alcohol use," Caulkins said. This gives credence to a public interest in protecting the rights of common cannabis users.

What Percentage of Americans Have Ever Tried Marijuana? Gallup asks a separate half-sample of respondents in its annual Consumption Habits survey if they have ever tried marijuana. The combined data for 2023 and 2024 puts this figure at 47%.

32 Ryan Mayr

Gallup's trend on ever having tried marijuana shows that experimentation increased sharply in the first decade after the initial measure in 1969. Between then and 1977, it jumped 20 percentage points, from 4% to 24%. It rose another nine points by 1985, to 33%, but after that stalled at under 40% until 2015, when it ticked up to 44%. It has since increased slightly but remains below 50%.

Daily and near-daily cannabis use is common, and represents a protected class as users of a lawful commodity recognized for its medical purposes. Unlike alcohol, marijuana, cannabis, and hemp including tetrahydrocannabinols are found to be useful for purposes of promoting health, well-being, and other positive effects.

Graphic by Megan McGrew/PBS NewsHour
"Daily marijuana use is now more common than daily alcohol use in the U.S., new study finds" by Carla K. Johnson, Associated Press Published May 22, 2024 11:22 AM EDT on pbs.org.



**Constitutional Citations,** nonexhaustive for many reasons. I have yet to be offered the opportunity to go through the majority of discovery with counsel present, and have been rendered repeatedly incompetent(disabled) through injuries and crimes by State actors.

Many violations of my rights under the Constitution are expounded upon in affidavits/emails I have included in this document with details of abuses I have suffered.

**Notes:**
**1st Amendment:** Religion, Speech, Press, Assembly, and Petition
        The practice of religion is diverse and includes many differing beliefs and thought structures. Many religions incorporate weekly administration/consumption of a communal material. Many incorporate incense and other rituals into ceremonies and gatherings. Religions have been unjustly prosecuted and discriminated against, leading to a right to privacy as to

33 Ryan Mayr

whether one is practicing a specific religion. Psychedelics such as mescaline and dmt have legitimate uses already explicitly exempted in the United States. Many gatherings where these are consumed are done for wellness purposes, and similar substances such as LSD and psilocybin have shown efficacy, and safety, as antidepressants and otherwise to be used as routine legitimate religious practices for purposes of wellness and development of consciousness.

The freedom of the speech/press is great, however, it doesn't cover slander that the Fond du Lac Sheriff has published in press releases, accusing me of being in a "high-speed chase" in 23cf600 when I pulled over immediately and stopped the car, not having sped over the 25mph limit in any way. In the same press release, they stated I had threatened officers, despite this accusation being from a third party who allegedly threatened police herself and had given other verifiably false statements to them, as evidenced in bodycam footage.

The right of the people to petition the government for a redress of grievances exists. Being repeatedly rendered incompetent by criminal actions of nefarious State actors has violated this in so many ways. Not only these acts by criminal actors, but ineffective counsel refusing to honor commitments, not being capable of remembering details, not being knowledgeable on statutes, and refuting statutes while refusing to provide supporting research or case law has violated my right to petition for redress of grievances. I have waited for lawyers to fulfill numerous commitments, including providing basic transcripts for the bodycam conversations as there are so many, and identifying relevant issues. Numerous requests and court-inquiries have been ignored while in jail, including them turning off my electronic messaging service, and holding me in isolation, preventing administration of my prescription medications as well as essential over-the-counter hemp tetrahydrocannabinols shown necessary for competency in front of forensic evaluators.

I have made numerous police reports that have been denied or deemed a civil matter by the known criminals pretending to be law enforcement, from the sexual assault I experienced at the hands of Jeff Hebl in 2017, Robert Baldwin stealing multiple original medications with their original containers after claiming my "eye contact" was threatening and silence as reasons to attack my ex and myself under the guise of community caretaking, to an individual threatening and chasing me with a kitchen knife and trying to open my locked car door while screaming at me, as well as getting shot from the back with a taser while compliant with my hands visible and up with an officer confirming my compliance in the moment, etc. This list is nonexhaustive.

**2nd Amendment:**
Considering the crimes committed against me by those acting under the color of law including sexual assault, attempted murder, severe evidentiary issues, and others routinely committed against others including murder, extortion, and torture:

The right to bear arms of equal or greater extent, shall not be infringed. While I'm not a gun or weapon owner, the fact that this amendment exists shall protect citizens from specific acts by police, including disarmament and disclosure of firearms during traffic stops. Officer safety is not a reason to order a driver out of a vehicle, Constitutionally protected. Frisk searches are also unlawful as they often lead to disarmament. Police don't have this right, otherwise lawful citizens acting in self-defense would need to perform deadly force to resist an unlawful order immediately upon contact, rather than waiting for police to address them and

34 Ryan Mayr

request stepping out of the vehicle. In my experience, the vast majority of police officers in multiple cities are guilty of multiple felonies, and habitually commit them under the guise of lawful duties. A reasonable person with my experience would conclude police are committing acts of crime, rather than law enforcement the majority of the time. Rather than an organized militia, many police have shown to be defined as members of organized crime.

**4th Amendment:**

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

There are so many searches without search warrants, or exigent circumstances, of me it is ridiculous. The sense of hemp cannabis and tetrahydrocannabinols doesn't constitute reasonable suspicion, much less probable cause.

In 23cf600, the police are attempting to claim they saw marijuana being smoked by myself through a house window while they were trespassing on my property. Later in 23cf600 when they attacked me in my car without reason, an officer lied to their police chief, claiming to have found loose marijuana in my Tesla Model 3 long range. This vehicle was illegally seized, then stolen, and I have attempted to file many stolen vehicle reports to police continuously denied and not investigated. The onboard computer was full of information of my driving behavior used to train the onboard self-driving software. This is invaluable, along with evidence in my case. This has led to further loss, as I was using the electric vehicle as my bedroom more than half the time, as well as during the 30 days I was prohibited from being in my own home due to the criminally false reports and testimony. My Tesla provided an efficient, safe, climate controlled area with a great sound system to sleep in. I've experienced sleep difficulties and anxiety since.

Fond du Lac Sheriff Office and North Fond du Lac have brandished their guns and rifles against me, threatening my life, absent of any threat. They aggravated the situation, tazing me repeatedly in an effort to induce actions from me for them to murder me. This was after my ex gave guidance that I wasn't a danger, didn't possess a weapon, and police knew I had numerous mental health conditions. She offered to unlock the car door herself and earlier in the day police admitted they couldn't do anything and it was a mental health call. Police chose to break the right rear window and refused to approach the driver's door.

**5th Amendment** Grand Jury, Double Jeopardy, Self Incrimination, Due Process, Takings

Due process... do I need to say more? Being repeatedly incapacitated and rendered incompetent while my medications are denied, yet clearly communicated, is criminal at this time. Obstructive, criminal actions in 2023 and beyond by have rendered me disabled by colluding actors of the Fond du Lac Sheriff's Office and others, preventing my appearance and attempting to prevent my right to examine witnesses and evidence in the malicious and unlawful prosecution Calumet 19cf186, searched without a warrant against opposition under the guise of "community caretaking" since ruled against in US Sup. Ct. Caligilia vs Strom and by other officers of the same department prior to the violent attack, and based on hemp of which was charged as "Possession of THC" not able to be prosecuted that wasn't in plain view, until it was

35 Ryan Mayr

stolen by Rita Mayr who possessed it and waved it around in front of police as if it was a trophy, and refused to be tested by DA Nathan Haberman. The search and seizure constitutes enforcement action under US 7CFR§990.29(c). Provided is video testimony.

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**6th Amendment** Right to Speedy Trial by Jury, Witnesses, Counsel
In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

This right to trial involves more than the existence of the trial. It involves being able to do it speedily for purposes of these other rights of cross-examining witnesses and evidence. This has been violated.

**7th Amendment** Jury Trial in Civil Lawsuits
In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

**8th Amendment** Excessive Fines, Cruel and Unusual Punishment
Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

Excessive bail and invalid bond conditions according to Kirk Obear and common sense has prevented my competency and violated many rights.

**9th Amendment** Non-Enumerated Rights Retained by People
The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

George Washington and the founding fathers grew cannabis, and undoubtedly consumed it. There's a lengthy history of cannabis having a synergistic relationship with humans.

**10th Amendment** Rights Reserved to States or People

36 Ryan Mayr

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

The rights of the People have been infringed by those actors attempting to pretend hemp cannabis illegal, despite its lawful status. The People want and accept cannabis to be legal.

**14th Amendment** Citizenship Rights, Equal Protection, Apportionment, Civil War Debt
        Section 1

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

I've repeatedly reported crimes against me without adequate response from officers, leading to many undesirable consequences. Redefinitions of hemp departing from the original definition set forth in the 2018 Agricultural Improvement Act would violate the privileges and/or immunities of citizens of the United States.

**21st Amendment** Repeal of Prohibition 1933, before FDCA of 1938, and Marihuana Tax Act of 1937, before 1970s "War on Drugs"

**25th Amendmend..** Presidential competency. "Ugh" is a short sound word used to show disgust, annoyance, or tiredness. It acts as an interjection when something is gross, frustrating, or hard to deal with, according to Merriam-Webster.

**Strobel v. Voyles, Babeu**

Strobel v. Pinal Cnty. Sheriff's Office, No. cv-17-01578-PHX-ESW(D. Ariz. Mar 08, 2018)

"In determining [qualified] immunity, we examine 'the nature of the function performed, not the identity of the actor who performed it.'" Kalina v. Fletcher, 522 U.S. 118, 127(1997)(quoting Forrester v. White, 484 U.S. 219. 229(1988)).

Strobel was a sheriff's deputy and head of the Pinal County Deputies Association in 2012 when its rank and file endorsed Ty Morgan over incumbent Sheriff Paul Babeu. Babeu asked Strobel to overrule the association's vote, but he refused.

Four years later, Strobel was indicted on four counts of sexual conduct with a minor and one count of child luring. Who would like to guess Babeu's political affiliation? The same as Jeff Hebl, who accused me with various false statements. Donald Trump was in power at that time. Nathan Haberman and Eric Toney also share that political affiliation.

37 Ryan Mayr

Pinal County, Sheriff Paul Babeu, and County Attorney Lando Voyles leaked false information and colluded to prosecute Deputy Scott Strobel, fired and indicted on child sex crime and child luring charges, which were later dismissed.

**Qualified immunity** may exist only upon lawful duties performed by lawful actors. Many acts outside lawful duties aren't covered under qualified immunity. Further, acts within the scope of lawful duties may not be covered under qualified immunity for various reasons including intentions.

**Taylor v. Riojas 2020 US Supreme Court**

establishing that obvious constitutional violations do not require prior case law to strip officials of immunity.

**Bad Elk v. United States, 177 U.S. 529 (1900),** is a United States Supreme Court case in which the Court held that an individual had the right to use force to resist an unlawful arrest. Bad Elk died in jail, awaiting retrial on the murder charges. From Wikipedia, the free encyclopedia.

> **Indian Murderer Dies In Jail.**
> SIOUX FALLS, S. D., Aug. 3.—John Bad Elk, a Sioux Indian murderer, who has been in jail here since April of last year, died yesterday of consumption. In March, 1899, on the Pine Ridge reservation, Bad Elk shot and killed John Killsback, one of a party of three Indian policemen, trying to effect his arrest. He was tried, convicted of murder and sentenced to be hanged in July of last year, but was granted a new trial.

**Basic Evidence**

I will attempt to provide some evidence I do have of the lawful hemp products I use, and have used. This may be supplemented in the future.

Attached are receipts from Hempworks Wisconsin and Medmeridian, sent to my email, from 2024 showing lawful products purchased at retail. Attached is a sample of receipts dating from 2022 onward from Hempworks Wisconsin, showing continuous history of hemp use.

Case 24cf374 was initiated **May 2024** by North Fond du Lac Police, Bryce Laluzerne trespassing into my driveway and backyard with no warrant or exigent circumstances. After his

38 Ryan Mayr

attack on me, lawful hemp products were found with original packaging that he stole, as enforcement action including search and seizure of hemp cannabis is against US 7CFR§990.29. In the preliminary hearing, Bryce Laluzerne tried to avoid a question about the original packaging showing guilt, stating "I don't believe so." when asked whether the packaging was present.

As shown from this excerpt of the original complaint, the lawful products with packaging, identified as a Hempworks WI cartridge and Piranha brand cartridge, were present and accurately labeled:

> I returned to the North Fond du Lac Police Department. I took a paper clip and stuck it into the red Stix Vape. I took the contents on the paperclip and used a Detectachem THC test. The test results were positive for THC. I did not test the other items. A copy of the Detectachem THC test will be included with the case file.
>
> I placed the Stix Vape, Hempwork Vape cartridges and Piranha cartridge into their own individual heat-sealed plastic bag. I then placed all the items into a single paper bag.

A photo of the original packages charged in Fond du Lac 24cf974/25cf530, initiated October 2024, was sent to Nicole Muller, my attorney at the time, via text message. These images and communication may be available on the phone in Waupun Police custody. Nicole Muller, in 25cf530, argued a successful Motion to Dismiss the count of Possession of THC based on WI §961.32(3)(b)4r prohibiting prosecution of hemp products bought at retail. A photo of the dismissal order, filed 2025/08/12, is attached earlier.

Attached are Certificate of Analysis, receipts, and photos of hemp products purchased recently, and in 2024.

**Miscellaneous notes about Various Facts and Evidence that may be included in the future:**

Reasonable accommodations for appearances – in person initial appearances always denied in Fond du Lac in custody.

Testimony of expert status to Jeff Froelich he interrupted after sufficient statement in 2014.

18 U.S.C. § 1114 is a federal statute that protects United States officers, employees, and those assisting them. Fond du Lac Sheriff Office and North Fond du Lac have brandished their weapons against me, threatening my life, absent of any threat. They aggravated the situation, tazing me repeatedly in an effort to induce actions from me for them to murder me. This was after my ex gave guidance that I wasn't a danger, didn't possess a weapon, and police knew I had numerous mental health conditions, and she offered to unlock the car door herself. Police chose to break the right rear window and refused to approach the driver's door.

Testimony during 19cf186 hearings that I wasn't being given medications as necessary.

39 Ryan Mayr

Restriction of electronic communication for great periods of time in jail, non replied to physical requests, prepared court inquiries submitted not filed.

Numerous requests and appeals in jail for medication access including Viibryd(vilazodone), hemp tetrahydrocannabinols, etc.

False discipline reports and denied hearings/witnesses.

Denied prescription and normal medication.

Requested information for LSD at UW Health 2012,
sought and they declined to treat me at University Health Services, UW-Madison

Complaints/requests surrounding Jeff Hebl's acts.

My dog, acting as a therapy dog in many ways, taken from me after 24cf374

2017, and essential sprint car racing, and evidence of investments.

Needing legal assistance despite the need to be ready to represent oneself. Previous filings in criminal court that are relevant, pertaining to, and complaints.

**Damage Claims**

I've been unable to organize many specifics relevant to damages due to repeated harassment through the years, and will continue to work to do so to provide an accurate representation of appropriate remedies.

As this is a systematic issue throughout Wisconsin, the United States, and technically around Earth (many countries in Europe have made forms of hemp lawful, cannabis is lawful in Canada and may be lawfully imported while meeting the federal definition of hemp, and cannabis use is prevalent throughout the world). I believe my ability to adequately represent a class may be less than an attorney who may be able to perform paperwork in a more familiar manner.

Backpay is appropriate as well as multipliers.

Included in my resume, is my desire to work in the pharmaceuticals sector and/or biomedical research. Medline and Millipore Sigma are two companies operating in Wisconsin I've especially wanted to work at, as the work seems interesting to me. I have much experience in cheese packaging, regulated by the USDA, as a process technician. Medline was, by far, my first choice in position at the time of interviews and offer, and I was emotionally affected by the rescinding of the offer based on discrimination of both lawful product use and disability. I haven't had time to

40 Ryan Mayr

consider specifics concerning potential punitive damages. Many other jobs, and my career, has been affected by acts of State employees constituting of crimes and violations.

I need to consult an attorney and/or do more research, as damages involved from "reasonably foreseeable consequences" of the false incarcerations, loss of income and other consequences including interruptions in medication are extensive.

At the beginning of this discovery response, I mentioned another "reasonably foreseeable consequence" of the loss of abilities, income and/or freedom is an inability to afford adequate counsel. Throughout these years, it has been essential for me to educate myself and to represent myself in many ways to counsel who didn't know better. Much time has already been spent in research and preparation for the issue of discrimination against tetrahydrocannabinols. Attorney fees, in that I'm doing work to respond lawfully, true, and accurate myself, unable to afford lawyers who are stating the caseload is too great without offering a price. As I was educated at University of Wisconsin – Madison for years, and have independently studied laws and medical research pertaining to these relevant issues for years, reasonably comparable awards for attorney fees for time spent working on documents, responses, and research attributed to this case is appropriate.

The cases of discrimination and harassment over the years have played a role regarding ineffective counsel in my cases in which I haven't been able to afford adequate representation, adversely affecting my life in ways that aren't easily able to be remedied at first impression. False incarcerations, detainments, and being forcibly disabled has disallowed my extensive, actively traded investments and created much loss.

**Work History**

Attached is my resume with work history as well as job descriptions.

Attended and graduated New Holstein High School from 2006 - 2010.

Attended UW - Madison for 3 years 2010-2014, working seasonally at Masters Gallery Foods. A photo of my University transcript is attached.

I was given care for ADHD by a doctor through Meriter initiated in 2011/2012, prescribing methylphenidate (Ritalin LA).

Late 2014 - early 2018 employed at Sargento Foods Inc, Kiel, WI.

Early 2014, I was involuntarily committed to an acute mental health unit and was dosed with Olanzapine and other antipsychotics. I was unable to work or function for months, until I was able to discontinue them under the care of a non-HHS doctor.

41 Ryan Mayr

During these years, I was under the care of a private doctor through Prevea who prescribed bupropion as well as other medications for adhd, depression, bipolar, and other symptoms.

Between 2015 and 2017, I raced dirt sprint cars and was successful in actively investing in early-stage pharmaceutical companies such as Anavex Life Sciences, and Axsome Therapeutics. I made multitudes through active investments that have diminished after the repeated, continued malicious prosecution and harassment of Calumet 19cf186 against laws/statutes barring prosecution, the search, and seizure.

Late 2017 I was attacked while walking on a sidewalk, sexually assaulted and forcibly drugged by off-duty, yet uniformed, Jeff Hebl. I wasn't able to perform my job normally due to the lasting effects of such, leading to job loss and disability.

I was unemployed from 2018 to late 2019.

March 2019 my ex and I were attacked by individual police under the guise of community caretaking, despite two officers previously stating I couldn't be forcibly taken anywhere, as I wasn't a danger to myself or others. Robert Baldwin of New Holstein PD stole many of my lawful medications, including ones I was court-ordered to take during probation 2014-2017 with original packaging, and I was charged for them months afterwards. I was forcibly drugged, unable to work or function until the adverse antipsychotics were discontinued, and normal medications and routine resumed. I could only perform basic functions for quite some time afterwards.

Dec 2019 - July 2023 worked at Sartori Cheese, Plymouth, WI.
This job was lost when I was violently assaulted while compliant, arrested, and rendered incapacitated one week prior to when Calumet 19cf186 was to have motions argued similar to what is included earlier in this response. I suffered false imprisonment for months from July 2023 while disabled due to injuries sustained from the repeated tasers and denial of medications.

Dec 2023(?) - mid 2024 I worked at Amcor Flexibles Healthcare, Oshkosh, WI. I was terminated after bringing attention to the fact we weren't being paid from the time we were clocked in while prepping to enter the ISO cleanroom, only from the start of the hour when we were to already to be ready to enter the production area. I learned this was commonly known among employees and those who complained faced potential retaliation. The supervisor began becoming argumentative, claiming to have authority and "seniority" over QA for decisions of product releases, products essential for medical procedures. Legal issues and arrests had effects on this employment as well. May 2024 I was arrested by Bryce Laluzerne in the backyard without a warrant or lawful cause. I was falsely incarcerated and prohibited from my own home for 30 days, needing to live out of my vehicle.

42 Ryan Mayr

Many potential employers discriminated against me due to arrest records and non-convictions, irrelevant to the job. I lost my job through DoorDash due to the pending charge of Reckless Driving, despite being innocent and not a conviction, and performing very well for DoorDash.



Q2/Q3 2024 I worked at Hempworks Wisconsin, Fond du Lac and Oshkosh, WI.

Falsely arrested and incarcerated again due to a false report with multiple pieces of exculpatory evidence missing October 2024 until January 2025, again disabled without hemp tetrahydrocannabinols and my normal medications to function.

I suffered more experiences with employment discrimination, and being underpaid at Eagle Flexible Packaging compared to their advertised job offers, and the initial job offer.

Q1 to Q3 2025 worked at Eagle Flexible Packaging, Waupun, WI. I and a coworker suffered crimes Waupun PD has seemingly ignored and refused to refer charges. I was falsely arrested for allegedly violating a court order that hadn't been served to me yet, given to me on January 21, 2026 when I was released from jail. Meanwhile, a civil hearing had occurred days after my debilitating arrest without any of my medications provided, and with no information as to what the hearing was about as I hadn't been served the information related to it. Attached is filed information relating to the crimes I'm a victim of.

Again, I was disabled until released on bond, able to access my medications and resources and given a fair forensic evaluation with such.

43 Ryan Mayr

After successfully interviewing, I was awarded a job offer by ProAmPac. Orientation was to be March 31st 2026, however, the results of the background check caused a discriminatory rescinding of the job offer, due to arrest records – non convictions again. I haven't had the effort/ability/time to follow up/complain about that act, and many more I've suffered.

**Further Damages**

As alluded to earlier, I was able to invest a small amount of initial capital and multiply it with careful, active investment including writing stock options such as calls and puts. This has been repeatedly interrupted by false incarceration, arrests, and debilitation. If I would've had access to reasonable income and not discriminated against by many, past results indicate an ability to earn significantly greater than the average market utilizing capital, including that allocated from income from employment.

**Specific acts regarding complaints... in the form of emails/affidavits sent**

There are many actions and complaints yet to be responded to and yet to be addressed.

Requested to be attached is a video of myself and my ex discussing the attack Robert Baldwin conducted in Calumet 19cf186, indicating he did push her over, and claimed "my eye contact was threatening", and was given clear communication the interaction was nonconsensual and that I was safe and healthy despite the guise of "community caretaking" claimed in an effort to bypass lawful protections against the police misconduct and criminal activity.

I've suffered bouts of ineffective counsel from my previous lawyers, and malicious prosecution by Nathan Haberman and Eric Toney, disregarding many Wisconsin and federal statutes and laws prohibiting their acts.

**Filing dated 2026/06/25 regarding ineffective assistance of counsel and pursuing representation**

I, Ryan Mayr, support William Mayer's withdrawal as attorney. I need a lawyer educated in specific issues he is unfamiliar with.

I am now full-time employed. My search for representation aggressively continues.

Mr. Mayer seems unwilling to represent facts of my compliance when shown bodycam with my hands up and visible to police, and applicable statutes appropriately to ensure my rights aren't violated further. Various violations of law already occurred that interrupted my competency in proceedings through disabling violence and prevention of medications, perhaps in an irreparable fashion, as hearings such as the preliminaries have been unduly delayed and attorneys continue to deny subpoenaing evidence for them after I demonstrated cause they would support future motions. I've consistently made

44 Ryan Mayr

court-inquiries and requests to preserve exculpatory evidence yet to be shown in discovery, my representation to issue subpoenas, and to issue motions, including through my own filings.

Court-appointed attorneys have proven insufficient and not qualified, perhaps due to their great caseloads. I have contacted and spoken with many lawyers. Many state the case load is too great for them at this time. There exists many evidential issues as well as force used, besides the obvious competency issues caused by denied medications while incarcerated, and multiple instances of forced incapacitation rendering me unable to testify in a timely manner.

I continue to search for representation, including from the Department of Justice, for:

- An off-duty, yet uniformed, Jeff Hebl's 2017 impersonating the police in order to sexual assault me, including penetration. No criminal charges were filed despite much documentation and him grinning while holding me down. He authored a false report. No bodycam or squad video footage could be found despite much documentation. Attached is an email from my records request explaining no audio/video was saved and his off-duty status. I was forcibly medicated, unable to testify.
- In 2019, Robert Baldwin attacked my ex and myself, pushing her over, attempting to use a guise of community caretaking and claiming my "eye contact was threatening" and "silence" as reason for his assault. He testified needles were present as paraphernalia when none existed and weren't entered into evidence. Much of my medication was stolen, including those in original packaging. Caniglia vs Strom (2021) is clear the pursuing search leading to Calumet 19cf186 is also unlawful, according to Kirk Obear. The prosecution of that case has been demonstrated unlawful due to 961.32(3)(b)4r and other protections within 961.32(3)(b), as well as US 7CFR §990.29. The attorney that represented Chris Syrrakos, the only hemp storefront that has been charged in Wisconsin, gave me encouragement.
- Being assaulted multiple times, including while in jail after being abruptly interrupted from sleep, slammed into a wall, then handcuffed and punched multiple times in the head while on the ground, leading to hospitalization.

Without disrespecting attorney/client privilege, William Mayer asks incompetent questions, states facts incorrectly, and does not know many laws.

I expressed I want legal material, including case law or statutes, supporting the opinions Mr. William Mayer has expressed in direct violation of law, filings and research I, and my previous lawyers, have made.

These reasons are nonexhaustive and William Mayer is inappropriate as representation in my matter.

Sincerely,

Ryan Mayr

45 Ryan Mayr

2026/06/25

**A letter seeking counsel describing case charges and relevant information:**

Dear [attorney], to whom it may concern:

I've been repeatedly rendered incompetent by police arresting me for hemp tetrahydrocannabinols, and restricting access to them while incarcerated. I've been repeatedly deemed incompetent while in jail restricted from both hemp thcs and my prescription medication that was denied. Then, when released and able to medicate with hemp tetrahydrocananbinols immediately prior to evaluations, I am considered competent.

I am searching for representation for criminal cases charged in Fond du Lac County, 25cf1003, 25cf530/24cf974, 24cf374, and 23cf600/23tr3945, Calumet 19cf186, and 2017(Jeff Hebl, off duty, uniformed officer sexual assaulted me with penetration).

Charges/brief:
25cf1003 (11/17/25):
Felony H – 6x Bail Jumping
Misd. U – Violate/Harassment Restraining Order – Temporary Restraining Order (25cv571)
Misd. A – Resisting or Obstructing an Officer
Misd. U – Possession of THC
Felony I – Stalking (amended 1/15/26)

Comments: The TRO lists someone else as petitioner, not the actual subject of the TRO. I wasn't given/served the original packet until bonded out of jail, 1/21/26, months after arrest. After positive interactions, her questioning if I was single, giving me her phone number, and inviting me to become her friend on facebook, she received threats on her life, and I received threats from her on/off long-term boyfriend a couple days before a TRO was filed. At the time, the boyfriend was subject to bond conditions related to domestic abuse against her(24cm637). I believe the allegations regarding violating the TRO and stalking are repeated text messages, as I haven't been in contact with her since October. I was compliant during the traffic stop with my hands out of the driver's window when officers reversed a squad vehicle into my parked car and dragged me onto the road of the interstate. The THC are lawful hemp products with the original packaging present. The car was impounded and recycled with much evidence within.

25cf530 (refiled 6/9/25 from 24cf974 as information wasn't filed within 30 days):
Felony G – Theft-Movable Property >$10,000-$100,000
Felony G – Drive or Operate Vehicle w/o Consent
Felony H – Vehicle Operator Flee/Elude Officer
Felony H – 2x Bail Jumping
Misd. A – Resisting or Obstructing an Officer
Misd. U – Possess Drug Paraphernalia

46 Ryan Mayr

(dismissed upon my motion) Felony I – Possession of THC
Felony I – Possess Amphetamine/LSD/Psilocin

Comments: Fond du Lac Enterprise office reported a rental car stolen that had been transferred to Oshkosh's Enterprise branch. Customer service verified the presence of a transaction after my arrest. I responded to officers' text messages that this was the case. 911 hung up on me when I called, and they ran me off the road. The THC is lawful hemp products with original packaging. The original packaging and a backpack of my legal materials/affidavit/rental receipts is not present in discovery, lost with the returned vehicle. The Possess Amphetamine/LSD/Psilocin is a mushroom supplement bought from a store in Milwaukee listing normal mushrooms with Cordyceps/Lion's Mane/Amanita as ingredients that field tested positive for drugs. Ct.8 THC was dismissed upon motion based on Wisconsin Statute 961.32(3)(b)(4r).

24cf 374 (5/3/24):
Felony H – 1x Bail Jumping
Felony I – Possession of THC
Misd. U – Resisting/Failing to Stop
Misd. A – Resisting or Obstructing an Officer
Misd. B – Disorderly Conduct

Comments: Complaint based on an ex that owed me thousands of dollars in car payments and rent, staying past her own notice of vacating dated Dec2023, attempting to damage my home and retaliate against me. She accused me of running her over in my vehicle, of which I provided the rear onboard footage to my lawyer, showing her complaint to be false. Bryce Laluzerne, the officer, attacked me in my backyard without a warrant hours later, and attempted to overwrite my onboard video, also denying the presence of lawful hemp packaging in the preliminary hearing and discovery. THC is lawful hemp products.

23cf600 (7/18/23):
Felony H – Battery or Threat to Judge, Prosecutor, or Law Enforcement Officer
Felony H – 2x Bail Jumping
Misd. A – Resisting or Obstructing an Officer
Misd. B – Disorderly Conduct (Domestic Abuse modifier)
Felony H – Operator Flee/Elude Officer-Bodily Harm or Property Damage
Misd. A – Resisting or Obstructing an Officer

23tr3945 (7/27/23):
Forf. U – Reckless Driving-Endanger Safety

Comments: Complaint based on an ex that owed me thousands of dollars in car payments and rent, accusing me of "throwing a backpack", "having marijuana", "her owning 2% of my home", etc and having a psychotic episode herself. The original 911 call is missing, not recorded. Hours after she went to her parents house, and returned to my home, stating to police I didn't have any weapons and wasn't a danger, I was pulled over in a traffic stop, immediately stopping my

47 Ryan Mayr

vehicle on the side of the street. Police refused to conduct the traffic stop, and instead approached the passenger side of my car, holding me at gunpoint, breaking the window, attempting an attack with a dog, and tazing me 3-4 times, a targeted taser in my right thigh causing involuntary acceleration in my electric vehicle (Tesla) despite being parked in "hold mode", leading to the charges of Battery and Flee/Eluding. A later press release by the FdL Sheriff accuses me of a high-speed chase and threats to law enforcement related to 23cf600/23tr3945, consisting of slander. Officers attempted to claim they found "shake" or loose cannabis in the vehicle, despite me never possessing it within the vehicle.

19cf186: In 2019 my ex and I reported a local officer for sexually assaulting a minor. In 2019, that same officer attacked both of us under the guise of "community caretaking" after two other officers already stated "There's nothing they can legally do as he's not a threat to himself or others", claimed I had needles as paraphernalia never entered into evidence as they didn't exist, stole my prescription Citalopram in its original container and other items deemed "legal" by him, stole original labels for lawful substances, and charged for those. Robert Baldwin testified that my "eye contact was threatening" and my "silence" was reason to attack me. The DA refused to test the hemp and the judge responded "We'll see about that" when my lawyer stated "Hemp is legal". In 2021, police refused to charge the someone that reported me for 19cf186 that had threatened and chased me with a knife, trying to open my driver's door and hitting my window with it. They had already declined to charge her for interrupting my ex and I naked in our bedroom and stealing items from what was designated our private residence. In 2023, a week before the 2019 case was to be held, I was repeatedly tased while compliant with officers commands at the time. They never approached my driver's side door or gained my attention before breaking my right rear window. This was after they admitted this wasn't a criminal case and they "only wanted to talk". 19cf186's plea is invalid according to my lawyer as I wasn't competent, and wasn't being given my prescription medications. According to him, I needed to get out to preserve evidence in 23cf600.

2017 Jeff Hebl: I was sexually assaulted, including penetration, by an off-duty uniformed officer walking on the sidewalk who I had refused to converse with. He authored a false report. No criminal charges were brought and no bodycam or squad video footage could be found despite much documentation. I was unable to defend myself as I was prevented from taking my regular medications and submitted to antipsychotics and then subsequently lost my job when I couldn't function.

Thank you,
Ryan Mayr


**An affidavit sent to Josh Kaul through email:**

Hello Josh Kaul

I've been a victim of many crimes including a 2017 sexual assault by a police impersonator (off-duty, uniformed Jeff Hebl) and documented evidence tampering including perjury by Robert

48 Ryan Mayr

Baldwin and others. Through multiple ignored complaints, I have been denied many rights due to habitual crimes by officers and others.

I'm searching for representation in cases. I have large concerns regarding instances of being discriminated against for hemp products I need to maintain functioning and competency by the police, the justice system, and workplaces. I'm having difficulty finding lawyers who understand the intricacies and the effects of what happened with an off-duty, uniformed officer and others.

My name is Ryan Mayr. I rely on hemp tetrahydrocannabinols to function, and maintain competency, in the eyes of the justice system and repeated forensic evaluators. I have been arrested and charged repeatedly for lawful hemp with the original containers without reasonable suspicion. What has happened to me is ridiculous and I'm having trouble finding adequate representation. I have a workplace discrimination hearing for a job offer rescinded due to lawful hemp tetrahydrocannabinols soon.

I attended undergraduate at UW-Madison intending for Biomedical Engineering and Biochemistry, and before Jeff Hebl's 2017 assault on me, I was racing sprint cars full time with a wonderful job.

2017 -- Jeff Hebl, New Holstein, WI
Calumet: 19cf186
Fond du Lac: 23cf600/23tr3945, 24cf374, 25cf530/24cf974, 25cv571, 25cf1003
[redacted]

There are many issues.

I've been repeatedly found incompetent when denied my doctor-recommended hemp, and competent twice (presently) when able to medicate with hemp tetrahydrocannabinols immediately prior to the forensic evaluations and have documented diagnoses consistent with use of hemp or medical marijuana to treat them. I am currently employed full-time and vaporize hemp tetrahydrocannabiphorol during breaks to work.

In 2023, repeated tasers while compliant created neurological injuries and incompetency immediately before Calumet 19cf186 was to be heard. In 2024, I was unable to walk from injuries sustained during the arrest, and the jail refused x-rays for 7 weeks. In 2025, while incarcerated, I was punched by a jail guard multiple times while handcuffed, on the ground, in the middle of the night after I had been sleeping, requiring emergency hospitalization. I've lost multiple jobs and much investment money, not to mention nearly my life multiple times at the hands of rogue officers and this is undoubtedly habitual behavior.

In 2017, I was sexually assaulted, including penetration, by an off-duty uniformed officer, Jeff Hebl, walking on the sidewalk who I had refused to converse with. He tried asking me "Where my mother was?" to which was ridiculous and I kept walking past when he attacked me. He authored a false report. No criminal charges were brought and no bodycam or squad video

49 Ryan Mayr

footage could be found despite much documentation. Attached is an email from my records request explaining no audio/video and his off-duty status. He claimed I "appeared in distress", then claimed it took multiple officers to restrain me, then claimed I had crossed a street that I never did, and claimed there were 2 witnesses that weren't present and not able to be questioned. My normal medications, including hemp were denied, and I was disabled on powerful antipsychotics, unable to make decisions or testify before appearing in court. I lost my job, and other long-term effects.

In 2019 my ex and I reported a local officer for sexually assaulting a minor. In 2019, that same officer, Robert Baldwin, attacked both of us under the guise of "community caretaking", pushing her over and violently attacking me after two other officers already stated "There's nothing they can legally do as he's not a threat to himself or others", claimed I had needles as paraphernalia never entered into evidence as they didn't exist, stole my prescription Citalopram in its original container and other items deemed "legal" by him, stole original labels for lawful substances that were court-ordered medication during probation from 2014-2017, and charged for those. Baldwin claimed my "eye contact was threatening" and my "silence" as reason for what he did. I was forcibly disabled for a very long time due to this instance. The DA refused to test the hemp and the judge, Jeffrey Froelich, responded "We'll see about that" when my lawyer stated "Hemp is legal". "Enforcement action" against hemp is federally illegal, and prohibited by Wisconsin statute 961.32 Possession authorization (3)(4r) "A person who is not otherwise violating s. 94.55 or rules promulgated by the department of agriculture, trade and consumer protection under s. 94.55 may not be prosecuted for a criminal offense under this chapter, or under an ordinance enacted under s. 59.54 (25) or 66.0107 (1) (bm), for any of the following:" "Possessing cannabis purchased or obtained at retail that contains a delta-9-tetrahydrocannabinol concentration of not more than 0.7 percent above the permissible limit for hemp if the possessor has no reason to believe that the cannabis contains a delta-9-tetrahydrocannabinol concentration above the permissible limit for hemp." Caniglia vs Strom(2021) is clear about the unlawfulness of the pursuing search as well.

For years, my lawyer, Kirk Obear, continuously committed to submitting motions to suppress and to ensure the hemp is tested in Calumet 19cf186. Attached are these emails as well as the email from the Crime Lab expert insisting on quantitative testing, and Nathan Haberman refusing. These motions weren't filed, and my own I did file have been ignored by the court. I haven't been allowed to be competent and testify, and my lawyer agreed I was under duress in jail without medications.

In 2021, police refused to charge the someone that swatted me in 2019 that threatened and chased me with a knife, trying to open my driver's door and hitting my window with it. Robert Baldwin had already declined to charge her for interrupting my ex and I naked in our bedroom and stealing items from what was designated our private residence. In 2023, a week before the 2019 case was to be held, I was repeatedly tased while compliant with officers commands at the time. They never approached my driver's side door or gained my attention before breaking my right rear window. This was after they admitted this wasn't a criminal case and they "only wanted

50 Ryan Mayr

to talk". My ex had swatted me, claiming multiple verifiably false statements to officers, and threatening them herself. No charges were filed against her.

In 2024 I was attacked by an officer with no warrant in my own backyard who discarded original hemp containers, stole them, and tried to overwrite the exculpatory onboard video on my vehicle. Police refused to acknowledge my reports of my ex committing domestic violence including pulling me to the ground from behind, hitting my head, threatening my life, breaking the doorhandle on my office, intentionally clogging sinks/drains with cat litter, charging my card while in jail, stealing $1000s, refusing to vacate on the date she provided herself, etc.

In 2024, I was accused of stealing a rental vehicle in which the contract had already been closed by a different branch. I complained about the very manager, Quinn, who reported it stolen, to the other branch in which the cashier conducting the transaction repeated that "You don't have any obligations to the Fond du Lac branch and will be returning the car to the Oshkosh branch." They confirmed Fond du Lac branch's contract had been closed. Enterprise customer service verified the presence of Oshkosh's transaction. From receipts received afterwards, Quinn appears to have manually reopened it, and fraudulently charged my credit card, bypassing Oshkosh's transaction. She also subtly verified this on a phone call I placed to her, indicating she had known about my visit to Oshkosh's branch closing the FdL contract. The backpack with legal materials, receipts, and a certificate of analysis for the charged hemp product was present and was discarded by the police, not entered into evidence. The Sheriff released a press statement explaining their course of conduct and assault had been due to a "previous high speed chase" and "threats to law enforcement". I've never threatened law enforcement, and I pulled over immediately in 23cf600, the charge they are referencing.

In 2025, I was accused of violating a court order I hadn't been served that included many false statements that I wasn't able to defend in court at the time as I wasn't served it. I was contacted by a person related to the court order threatening me at my address, attempting to solicit the individual, claiming to be a cartel member extorting me, and he has a violent past including burglary. The jail was holding onto the original copy that I received months after my arrest for violating it. Hemp products were present in the vehicle and the vehicle and original hemp containers were discarded. A closed, sealed hemp product was stolen and is being claimed to be illegal, despite similar products being sold by Kwik Trip.

Through this all I've been rendered incompetent for unconstitutional periods of time of multiple months through separate instances of drugging with powerful prescription antipsychotics, prohibiting hemp tetrahydrocannabinols access, and denying my current prescription medication. False conduct reports in jail were made and both witnesses and hearings denied.

I declare under penalty of false swearing under the law of Wisconsin, that the foregoing is true, and correct. e-Signed on the 24th day of June, 2026, within Fond du Lac County, WI.

Sincerely,
Ryan Mayr     06/24/2026

51 Ryan Mayr

Many of these actions of discrimination and assaults/false imprisonments upon myself have resulted in the US losing contributions from my employment to taxes. Discriminatory job loss is expensive for the US when much of their income was directly funding the US government and benefits its people rely upon.

**Known Personal Disabilities**

Much information of my disabilities is included earlier in this document.

Long term physical impairment includes scoliosis/kyphosis of the back. This may cause discomfort from long physical activity, alleviated by hemp tetrahydrocannabinols.

My mental impairments, also physical as the mind is embodied in the brain, are long-term and persistent as stated in earlier interrogatories. My mental impairments are alleviated, by administration of a combination and balance of hemp tetrahydrocannabinols, supplements and routine, and generic Viibryd, vilazodone, initiated after extensive research by myself in early 2025 as a suggestion to my doctor. The biochemical mechanisms of action of Viibryd are a unique combination including antipsychotic and antidepressant facets.

**Specific, select healthcare providers providing diagnosis and care include:**

2011?, UW Health emergency department, requested information on Lysergic Acid Diethylamide as appropriate medication

University Health Services, University of Wisconsin – Madison

ADHD, 2012?, Compton Kurtz, Meriter, Madison, WI

ADHD/Depression/etc., Beth Walters, Madison, WI

Bipolar, 2014 Brown County Mental Health, Requested to be prescribed Lysergic Acid Diethylamide, received a positive response.

2014? Under the care of a private psychiatrist, after extensive research, discussed, including benefits and possible side effects, the periodic use of prodrugs of Lysergic Acid Diethylamide as antipsychotic and antidepressant medication. Use was approved as well as various online sources, shown and proven safe and effective. During this time, I was court-ordered as a condition of probation to take my prescription medications, including pro-LSD. The specific molecular improvements over the original LSD molecule, understood and discussed with the

52 Ryan Mayr

doctor, are more effective for the specific application of my personal mental health conditions, and safer, than traditional Lysergic Acid Diethylamide, mitigating risks.

Autism, Depression, Bipolar, etc. 2017 Calumet Medical Center and Fond du Lac Mental Health

2019 Fond du Lac Mental Health

**Right to Try Act 2018 to present**

In recognition of the limitations on access to investigational new drugs under the FDCA (1938 Federal Food, Drug, and Cosmetic Act), and the FDA's expanded access program, Congress passed the Right to Try Act in 2018. (21 U.S.C. §360bbb-0a) The "RTT Act" expands the scope of individual liberty and agency among patients, exempting the drugs provided to patients from statutory and regulatory requirements concerning drug labeling, marketing, clinical testing, and approval. 21 U.S.C. §802(32)(A),(C)(ii),(iii) provides "controlled substance analogue" doesn't mean any substance for which there's an NDA (new drug application), or if an exemption is in effect for investigational use. Similar to Lysergic Acid Diethylamide (mm120, etc), "The DEA does not contest that psilocybin qualifies as an eligible investigational drug. The Agency describes psilocybin in its brief as having "been studied as an investigational drug for the possible treatment of anxiety and depression."" AIMS v. U.S. Drug Enf't Admin. 128 F.4th 1133 (9th Cir. 2025) (Aug 19, 2024) (Feb 13, 2025) Wisconsin Statutes §450.01(21) provides "Prescription order" means an order transmitted orally, electronically or in writing by a practitioner for a drug or device for a particular patient and also includes a standing order issued under s. 441.18 (2) (a) 2. or 448.037 (2) (a) 2. A court-ordered condition of my probation, 2014-2017, was to take prescribed medications.

**The entirety of this filing, and especially concerning the remainder, is in quite a rushed status,** as I've come to the realization I can't wait for representation/counsel any longer with the impending threat of the redefinition of hemp. The following is not yet complete, yet filed to be amended, as it is relevantly related to acts committed against me.

**Lysergic Acid Diethylamide as a medication necessary for competency**

Similarly to hemp tetrahydrocannabinols, lysergic acid diethylamide as a medication is essential to my functioning. However, as discussed with a doctor, the dosing schedule is periodic and enacts its antipsychotic benefit in the days following administration. Included are relevant studies providing evidence of benefit to multiple conditions, including autism.

Lysergic Acid Diethylamide has been shown safe and effective for multiple conditions, with little risk of psychosis compared to the seemingly prejudiced public perception of the drug.

53 Ryan Mayr

When the doctor and I discussed my treatment plan, LSD was in trials in Europe for depression and anxiety related to specific conditions.

LSD has been granted a breakthrough status by the FDA in depression and anxiety. Numerous companies are now conducting trials on psychedelics and finding great effect on many treatment-resistant disorders and conditions.

## Public interest – fad with benedryl, real harm, dxm,

Humans are inherently curious. One of the topics of curiosity is undoubtedly consciousness. Many young adults are curious enough to alter their consciousness through available substances. Two popular substances that have come into public light as of recently include diphenhydramine and dextromethorphan, both harmful in great doses abused to cause perceptual changes. Many children were dying around the country in June due to Benadryl overdoses from fad behavior.

These people could choose a less harmful choice if a channel to safe psychedelics were open, as an example, through a parent or psychologist as therapy.

Besides the fact of harm reduction, exploration of consciousness is a given right as a human being, and the ability to do so safely shall not be abridged.

## Background of Lizard Labs,

According to Wikipedia (2026/07/27):
Lizard Labs, also known as Lizart Trading B.V. or Synex Synthetics B.V., was a well-known chemical producer and online vendor of legal psychoactive research chemicals that was based in Maastricht, Netherlands and operated from 2012 to 2024.[1][3][4][5][6][7][2] Its founder was a British chemist named Alexander Stratford who also went by the pseudonym "Al".[1][3][6] The company notably developed and sold designer lysergamides, or LSD derivatives and prodrugs, such as 1V-LSD.[1][3][8][9] They sold and shipped their compounds internationally, for instance to countries like Germany, France, and Japan.[1][3][8][10][11]

Lizard Labs synthesized compounds such as 1V-LSD in-house, with the whole process in the case of 1V-LSD taking about 1 month.[1][3] The company described having to employ alternative chemical synthesis routes to avoid use of controlled precursors and intermediates.[1][3] In addition to lysergamide prodrugs, they also synthesized and sold other psychedelic lysergamides like LSZ[17][2] and various other legal psychoactive research chemicals besides lysergamides.[4][2]

The company's website stated that their chemicals were for research purposes only and not for human consumption.[18] However, when interviewed in a media feature, in which he was

54 Ryan Mayr

described as the inventor of "legal LSD", Al said that he wished to make the LSD psychedelic experience more accessible, highlighting potential personal benefits and relatively low risks of the drug.[1][3] As another basis for his company, he also cited the low and inconsistent quality of black-market LSD, which might or might not actually contain any LSD at all and was known to contain highly variable doses.[1][3]

Lizard Labs was interviewed by a French magazine in July 2022[11] and was covered in a short German documentary by Vice Media in August 2022.[1][3] Soon after this media coverage, in November 2022, the company was raided by an international United States-led law enforcement operation when American authorities accused them of manufacturing fentanyl.[8][10][4] Electronic devices and equipment were confiscated, employees were detained and questioned, and the company's website was shut down.[8][19] However, no substances were confiscated and no arrests were made.[8] Subsequently, the company resumed operations and its website came back online by January 2023.[2] Nonetheless, it later permanently shut down at the end of 2024 and the lab was sold.[2][20] The reason cited for their closing was that continued operations in the Netherlands had become increasingly challenging.[2]

Stratford and colleagues published numerous studies on psychedelic lysergamides in the 2010s and 2020s, for instance the "Return of the Lysergamides" series of papers on lysergamides and lysergamide prodrugs.[21][17][22][23][24][25][26][6] The studies included analytical, preclinical, and clinical research on these lysergamides.[21][17][22][23][24][25][26][6] The papers were notably coauthored with prominent psychedelic researchers, such as Jason Wallach, Adam Halberstadt, and David E. Nichols.[21][17][22][23][24][25][26]

Lizard Labs has also patented numerous lysergamide prodrugs.[27]


**Remedies**

United States authorities were apparently responsible for interrupting Lizard Labs' operation before the lab ultimately stopped due to the environment it was set in.

Lizard Labs and its affiliates were approved providers of my personal medication. These substances are essential to my and public health, and supplies seem to be waning. Many people use psychedelics for a variety of positive reasons, including religious, conscious exploration, and medication.

Provided above in the background are reasons why this public service should be perpetuated, and continuation ordered. The logistics of such would likely include Alexander Stratford, and approval based on historical cGMP compliance and the need for the public service of a reliable, accurately dosed LSD supplier able to be delivered discreetly to prevent discrimination.

While powder LSD may be too dangerous for the public to handle, however, common blotter paper of 100 micrograms or less per dosage unit may not be controlled under the Controlled

55 Ryan Mayr

Substances Act, as Congress and numerous pieces of litigation have expounded upon the potential of psychedelics and the use of them as medicine. As police continued to destroy medications despite appropriately labeled and handled, through no fault of my own, while discarding the original packaging and framing Calumet 19cf186 without exculpatory evidence that was well-organized and present, this may be a starting remedy for the violations I have experienced to prevent patients from being wrongfully incarcerated.

Ensuring Lizard Labs may provide pro-LSD medications, safer and more effective than LSD itself, to patients and practitioners within the United States as historically done for years, is imperative. A production environment could be licensed and/or lawfully setup with assistance. As mentioned above, patents are present.

**Miscellaneous Considerations**

LSD is a partial agonist, rather than full agonist of the serotonin 5ht2a receptor said to be responsible for its effects. This aids to its safety as non-lethal. Overdoses are extremely rare and require doses in excess of what one would encounter on blotter paper. The risk of psychosis has been exaggerated by many.

Lysergamides are based on molecules found in nature, specifically in a type of fungus. Many lysergamides have been approved for use as medication, including for Parkinson's and other maladies. LSD is active in extremely low doses, smaller than 10% of a milligram, owing to the safety of the molecule as unintended molecular targets within the body are very rare at these small doses.

Quote from study noting no lsd present, only target molecules, showing cGMP compliance.

Prosecution based on already used medication is unlawful.

**Commentary on specific events, Constitution of the Kingdom of the Netherlands, Calumet 19cf186**

With Definium Therapeutics's DT120, Lysergic Acid Diethylamide, showing great efficacy beyond conventional prescriptions in multiple conditions such as depression and anxiety, being given a breakthrough status by the FDA, potentially more effective than psilocybin and dmt based molecules while maintaining safety: I find it difficult to calculate a valuation/worth on Lizard Labs and Alexander Stratford, that may/should be worth similar to a company such as AtaiBeckley, including the continuation of the service Lizard Labs was performing. With Robert Baldwin claiming I had needles and so much evidence disappearing that Baldwin himself claimed was lawful, and Jeff Hebl lacing this court-ordered medication in its original package as approved by my doctor... the field tests were negative as expected, leading to no probable

56 Ryan Mayr

cause beyond the unlawful searches and seizures. I am more than suspect as to how US "authorities" originally claimed Lizard Labs was manufacturing fentanyl.

The Constitution of the Kingdom of the Netherlands 2018 includes many similar provisions as the United States Constitution:
Article 5 "Everyone shall have the right to submit petitions in writing to the competent authorities."
Article 6 "1. Everyone shall have the right to profess freely his religion or belief, either individually or in community with others, without prejudice to his responsibility under the law."
Article 17 "No one may be prevented against his will from being heard by the courts to which he is entitled to apply under the law."
Article 18 "1. Everyone may be legally represented in legal and administrative proceedings. 2. Rules concerning the granting of legal aid to persons of limited means shall be laid down by Act of Parliament."

**Psychedelics and Autism Therapy: A Review of Current Research and Future Directions.**
Gondi CS, Gnanamony M, Gondi TP, Nersesyan L, Demirkhanyan L. Curr Issues Mol Biol. 2026 Apr 18;48(4):417. doi: 10.3390/cimb48040417. PMID: 42042077; PMCID: PMC13115131.

"Autism Spectrum Disorder (ASD) is a lifelong neurodevelopmental condition characterized by difficulties in social communication and interaction, alongside restricted, repetitive behaviors [1,2]. In clinical practice, there are no medications specifically designed to treat the core symptoms of ASD"

"Studies show that psychedelics may reduce symptoms of conditions like treatment-resistant depression and PTSD, highlighting their therapeutic potential. For ASD specifically, psychedelics may improve psychological flexibility, reduce distress, and enhance social interaction."

"In conclusion, psychedelics hold significant promise for treating ASD and other psychiatric disorders by promoting neuroplasticity and modulating complex signaling pathways. Continued research and clinical trials, conducted with strong ethical oversight, are essential to realizing their full therapeutic potential."

**Evaluating the Potential Use of Serotonergic Psychedelics in Autism Spectrum Disorder**
Markopoulos A, Inserra A, De Gregorio D, Gobbi G. Front Pharmacol. 2022 Jan 27;12:749068. doi: 10.3389/fphar.2021.749068. PMID: 35177979; PMCID: PMC8846292.

"ASD is often accompanied by depression, generalized anxiety, and social anxiety in particular (Spain et al., 2018; Hollocks et al., 2019; Kirsch et al., 2020). These co-occurring diagnoses may also be potential targets of psychedelics. For instance, LSD (Gasser et al., 2014) and psilocybin (Griffiths et al., 2016) have been shown to reduce symptoms of anxiety and depression in patients with life-threatening conditions. Importantly, the anxiolytic effect produced

57 Ryan Mayr

by LSD was appreciable after only two psychedelic-assisted therapy sessions and lasted for up to 12 months without any serious adverse effects; while the attenuative effects of psilocybin occurred after only one dose and were still present 6-months post-administration. Likewise, psilocybin has been shown to reduce depressive symptoms in those with treatment-resistant depression for up to 6 months (Carhart-Harris et al., 2018; Davis et al., 2021). The antidepressant and anxiolytic properties of DMT and ayahuasca have been observed similarly both clinically (Osório Fde et al., 2015; Palhano-Fontes et al., 2019) and pre-clinically (Cameron et al., 2019). It cannot be ruled out that the prosocial effects of psychedelics may reflect their anxiolytic effects, notably with regard to social anxiety."

"Clinical Trials of Psychedelics in Children With ASD (1961–1970) Prior to the classification of psychedelics as Schedule 1 Controlled Substances in 1970, these substances were tested in the treatment of children with ASD in order to assess their efficacy in relieving treatment-refractory ASD-like behaviours. Importantly, these individuals were classified as "autistic-schizophrenic" (Bender et al., 1961; Freedman et al., 1962; Bender et al., 1966; Fisher, 1970), and "severely emotionally disturbed" (Fisher and Castile, 1963)."

"Most of these studies involved a regimen of LSD given at medium to high doses (25–400 µg), with schedules ranging from a single administration to daily administrations for up to 18 months. The most effective results were observed when daily or weekly LSD was given over relatively extended periods of time (Bender et al., 1961). Greater improvements were observed when the therapist was more actively involved with the children; when they were given the possibility to experience meaningful interpersonal psychotherapeutic interactions; and when the settings were free of artificial or experimental restrictions. When the children were taken off the drug, their behaviour regressed, but not to the extent observed previously (Bender et al., 1963)."

"Psychedelic-assisted therapy in children with ASD resulted in a variety of clinical improvements: enhanced mood, sociability, and affectionate behaviour; increased emotional closeness, relatedness, and responsiveness to others; increased desire to communicate and interest in the surrounding environment; relief of perceptual hypersensitivity; improved speech and vocabulary; increased playfulness, smiling, and laughing; increased eye and face-gazing behaviour; decreased aggressive and repetitive behaviours; and improved sleep patterns."

"Due to the limited treatment options for ASD, the development of novel therapies is warranted. Clinical and preclinical trials suggest that psychedelics may improve social behaviour and decrease the burden of co-occurring diagnoses in ASD by targeting synaptic function, serotonin signaling, PFC activity, and thalamocortical signaling."

**The Use Of LSD (D-Lysergic Acid Diethylamide) In The Therapy Of Children: A Brief Review.**
Abramson, H. A. (1967). Journal of Asthma Research, 5(2), 139–143. https://doi.org/10.3109/02770906709104325

58 Ryan Mayr

"LSD-25 was given orally and increased to 100 mcg from once a week to three times weekly since no untoward
side effects were noticed. Finally 100 mcg of LSD-25 was given daily and this
was continued for consecutive six weeks until the time that Bender, GoldSchmidt and Sankar made their report. They concluded on the basis of the
observations of ward personnel, teachers and mothers as well as the &eland
Maturity Scale determination that:
1. All of the children tolerated the drug without side effects, toxic features, regressive behavior, or other untoward responses.
2. Previously employed medication was unnecessary. All were able to get along without any further medication.
3. All of the children showed some mild degree of favorable response which increased steadily.
4. The more outgoing mood following the ingestion of the drug tended to carry over through the whole day.
5. There was increased eagerness in motility play with adults and other children, if directed by adults.
6. Hostile aggression was decreased.
7. Positive contact with adults was sought with greater response to affection.
8. Habit patterning improved.
9. Physical condition improved.
10. Stereotyped whirling and rhythmic behavior decreased.
11. Reactions were more appropriate to ordinary environmental stimuli and situations.
12. The Vineland Maturity Scale reading was qualitatively higher in all children.
On the other hand, it is most important to note that none of the children showed a recordable gain in the use of language.
Bender and her co-workers concluded that the daily administration of 100
mcg of LSD-25 to pre-puberty, autistic, schizophrenic children resulted in
affective, autonomic and central nervous system stimulation. Of great importance was the report that the organization of perceptual experiences improved.
These changes appeared to be maintained with continuous administration of
the drug and to have a favorable influence on the clinical course."


### Return of the lysergamides. Part I: Analytical and behavioural characterization of 1-propionyl-d-lysergic acid diethylamide (1P-LSD)

Brandt SD, Kavanagh PV, Westphal F, Stratford A, Elliott SP, Hoang K, Wallach J, Halberstadt AL. Drug Test Anal. 2016 Sep;8(9):891-902. doi: 10.1002/dta.1884. Epub 2015 Oct 12. PMID: 26456305; PMCID: PMC4829483.

"This non-controlled derivative of d-lysergic acid diethylamide (LSD) has previously not been described in the published literature despite being closely related to 1-acetyl-LSD (ALD-52), which was developed in the 1950s."

59 Ryan Mayr

LSD-derived compounds have differing abilities to activate effects of traditional LSD. For example, 1pLSD produces less than half of this response as LSD.
"It was found that 1P-LSD produced a dose-dependent increase in HTR counts, and that it had ~38% (ED50 = 349.6 nmol/kg) of the potency of LSD (ED50 = 132.8 nmol/kg)."

1pLSD and similar compounds have specifically greater therapeutic efficacy and safety than LSD as they are eventually metabolised into LSD, leading to a slower onset of action and less side effects.

"Reports have been published indicating LSD may possess therapeutic efficacy in patients suffering from disorders such as anxiety, alcoholism, cluster headaches, and autism, but unfortunately most of this evidence is anecdotal in nature or confounded by methodological shortcomings.[17–19] Importantly, although most clinical work with LSD ceased in the late 1960s, human trials have cautiously resumed during the last few years.[20–23]"

### Reconsidering evidence for psychedelic-induced psychosis: an overview of reviews, a systematic review, and meta-analysis of human studies.

Sabé M, Sulstarova A, Glangetas A, De Pieri M, Mallet L, Curtis L, Richard-Lepouriel H, Penzenstadler L, Seragnoli F, Thorens G, Zullino D, Preller K, Böge K, Leucht S, Correll CU, Solmi M, Kaiser S, Kirschner M. Mol Psychiatry. 2025 Mar;30(3):1223-1255. doi: 10.1038/s41380-024-02800-5. Epub 2024 Nov 27. PMID: 39592825; PMCID: PMC11835720.

"We conducted a systematic review, meta-analysis, and overview of reviews to assess the incidence of psychedelic-induced psychosis and symptom exacerbation in schizophrenia."

"In summary, the reviewed evidence suggests that schizophrenia might not be a definite exclusion criterion for clinical trials exploring safety and efficacy of psychedelics for treatment-resistant depression and negative symptoms. However, given the low quality and limited number of studies, more high-quality research is needed, and a conservative approach is recommended until further data is available."

"From 131 publications, we analyzed 14 systematic reviews, 20 reviews, 35 randomized-controlled trials (RCTs), 10 case-control studies, 30 uncontrolled trials (UCTs), and 22 cohort studies, most of which were low quality. Meta-analysis of nine studies showed an incidence of psychedelic-induced psychosis at 0.002% in population studies, 0.2% in UCTs, and 0.6% in RCTs."

### Microdosing Psychedelics to Restore Synaptic Density in Schizophrenia.

Sapienza J, Spangaro M, Comai S, Sabé M, La Torre J, Buonarroti M, Cavallaro R, Bosia M. Int J Mol Sci. 2025 Sep 14;26(18):8949. doi: 10.3390/ijms26188949. PMID: 41009515; PMCID: PMC12469418.

60 Ryan Mayr

"As a matter of fact, microglia are overactive in schizophrenia, and reduced synaptic arborization, especially in the prefrontal cortex (PFC), is an established hallmark of schizophrenia, likely associated with gray matter loss, cortical thinning, hypofrontality, and deficit syndrome."

"Considering that dendrites and axons represent 30% and 29% of cortical volume, respectively, it is likely that the progressive volume loss underlying negative and cognitive symptoms is largely due to hyperpruning [17,32]. In this view, parallelisms can be drawn between dementia, caused by neurodegeneration and neuron loss, and schizophrenia (dementia praecox), in which synapses are pruned but neurons' somas are preserved."

"Interestingly, robust preclinical evidence (in vitro and animal models) showed the ability of psychedelics to promote neuroplasticity and synaptogenesis, potentially counteracting the excessive synaptic loss, restoring volume loss, and possibly explaining improvements in negative and cognitive symptoms described by old clinical studies. Overall, microdoses should be explored first as a possible treatment in a selected sample of patients affected by deficit schizophrenia, followed by low and full doses if encouraging results were to emerge."

"However, a growing body of scholars now advocates for exploring potential therapeutic benefits in this population, as mounting evidence is pointing to a relative safety of psychedelic use by patients with psychotic disorders, as demonstrated by extensive longitudinal studies [77,78,79] and meta-analytic evidence [80], but also suggested by old clinical studies [7]."

"Supporting evidence on the possible role of psychedelics in the treatment of negative symptoms and socio-cognitive deficits was provided by old past-century pioneering studies on the administration of psychedelics to patients with schizophrenia [7]. Increased number of social interactions, enhanced talkativeness, and more expressed affection were reported along with improved understanding of social situations and environmental stimuli in daily life situations and more appropriate reactions to them [85,86,87,88,89,90]."

**Psychedelics reopen the social reward learning critical period.**
Nardou, R., Sawyer, E., Song, Y.J. et al. Nature 618, 790–798 (2023).
https://doi.org/10.1038/s41586-023-06204-3

"Here we demonstrate in mice that the ability to reopen the social reward learning critical period is a shared property across psychedelic drugs. Notably, the time course of critical period reopening is proportional to the duration of acute subjective effects reported in humans."

"Furthermore, the ability to reinstate social reward learning in adulthood is paralleled by metaplastic restoration of oxytocin-mediated long-term depression in the nucleus accumbens."

61 Ryan Mayr

"...psychedelics that span the diversity of classification systems have shown remarkable promise for the treatment of addiction4,5, post-traumatic stress disorder6,7 (PTSD) and depression3,8,9."


**Psychedelics and Pro-Social Behaviors: A Perspective on Autism Spectrum Disorders**
Xue Wang, Cong Lin, and Xiaohui Wang ACS Pharmacology & Translational Science 2025 8 (3), 903-906 doi: 10.1021/acsptsci.5c00034

"Autism Spectrum Disorders (ASD) encompass a range of neurodevelopmental conditions characterized by social communication deficits, restricted and repetitive behaviors, and sensory anomalies. The prevalence of ASD has risen sharply, with recent data showing 30.3 per 1000 children aged 5 to 8 and 6.3 per 1000 individuals in the general population diagnosed."

"Pro-social behaviors, which refer to actions intended to benefit others, are often significantly impaired in individuals with ASD."

"Despite advances in understanding the neurobiology of ASD, existing therapies focus mainly on managing symptoms, with limited success in enhancing core social functioning. Psychedelics, a class of psychoactive substances known for their ability to modulate perception and consciousness, have emerged as potential tools for enhancing social cognition and empathy. Specifically, compounds such as lysergic acid diethylamide (LSD), psilocybin, and 3,4-methylenedioxymethamphetamine (MDMA) have shown promise in clinical settings for promoting pro-social behaviors, which may be particularly beneficial for individuals with ASD."

"Psychedelics represent a novel and potentially transformative approach to enhancing pro-social behaviors in individuals with ASD. By modulating the serotonergic system, promoting neuroplasticity, and enhancing emotional connectivity, psychedelics such as LSD, psilocybin, and MDMA may offer unique benefits for improving social interaction, empathy, and emotional recognition in individuals with ASD. However, the path to clinical adoption is fraught with challenges, including ethical concerns, safety risks, and the need for personalized approaches."

"If successful, psychedelic-assisted therapy could contribute to a new era of treatment for ASD—one that offers individuals greater social connectedness, emotional well-being, and an improved quality of life."


**Physical disability caused by forced incapacitation**

Earlier, I alluded to commonly used, and sometimes forcibly administered antipsychotics are ineffective, and produced severe side effects including disability of the brain and mind with persistent, severe discomfort. These have been shown to physically reduce brain volume along with their deleterious effects on behavior, owing to evidence changes of the mind associated with these are in-fact, physical changes and consequences.

62 Ryan Mayr

I declare under penalty of false swearing under the law of Wisconsin, that the foregoing is true, and correct. Signed on the 27th day of July, 2026, within Wisconsin.

*Ryan Mayr*

Ryan D. Mayr
2026/07/27

1406 Minnesota Ave
North Fond du Lac, WI 54937
ryanm1842@gmail.com

63 Ryan Mayr